IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| Q.R., a minor, by and through his Natural mother and next friend, JANE DOE, | ) ) ) ) |
| Plaintiff, | ) ) ) Case No. 25-CV-01094-HLT-BGS |
| v. | ) ) |
| MULTI MEDIA LLC, et al., | ) ) |
| Defendants. | ) |

**DEFENDANT MULTI MEDIA LLC'S
MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM OR,
ALTERNATIVELY, TO COMPEL ARBITRATION**

Plaintiff's claims against Defendant Multi Media LLC ("Multi Media") are subject to binding arbitration before the American Arbitration Association. Accordingly, Multi Media respectfully requests that the Court dismiss this action for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6) in that Plaintiff's claims are subject to binding arbitration or, alternatively, compel Plaintiff to arbitrate pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 et seq.

Contemporaneously with filing this motion, Multi Media has filed a memorandum in support of this motion.

WHEREFORE, Multi Media respectfully requests that the Court dismiss this case for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6) in that Plaintiff's claims are subject to binding arbitration or, alternatively, compel Plaintiff to arbitrate pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 et seq.

Dated: June 23, 2025                              Respectfully submitted,

                                                GM LAW PC

                                                By:   */s/ Jason M. Hans*
                                                      Jason M. Hans           KS #18881
                                                      1201 Walnut Street, 20th Floor
                                                      Kansas City, MO 64106
                                                      Telephone:    (816) 471-7700
                                                      Facsimile:     (816) 471-2221
                                                      jasonh@gmlawpc.com

                                                WAYMAKER LLP
                                                      Jaime W. Marquart (application for pro hac
                                                          vice admission forthcoming)
                                                     515 S. Flower Street, Suite 3500
                                                     Los Angeles, CA 90071
                                                     Office: 424.652.7800
                                                     Fax: 424.652.7850
                                                     jmarquart@waymakerlaw.com

                                                ATTORNEYS FOR DEFENDANT
                                                MULTI MEDIA LLC

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the 23rd day of June, 2025, a true and correct copy of the foregoing was electronically filed via the Court's electronic filing system which will serve notice of same to all counsel of record.

                                                   */s/ Jason M. Hans*