# EXHIBIT 1

Docusign Envelope ID: EAFD33DA-F4BB-489E-ACE4-4345D09667C0

## DECLARATION

1.      I am over 18 years of age.

2.      I am employed by Multi Media LLC.  My title is Chief Technology Officer.

3.      I have personal knowledge of the facts set forth in this declaration. I am directly involved in the technical operations of the Chaturbate.com platform ("Platform").

4.      Since at least 2011, the Platform has included a pop-up box which, absent some special condition that suppresses the pop-up, requires a user whose browser is directed to any URL associated with the Platform (*i.e.*, chaturbate.com or any subpage of chaturbate.com) to click "I AGREE" prior to gaining access to the Platform.  The box appears on the screen as follows:



The full text of the contents of the pop-up box is attached as Exhibit A hereto.

5.      In every instance when this pop-up box is displayed to a user visiting the Platform, the only way this user can proceed to accessing any non-blurred content on the Platform is for the user to click the "I AGREE" button.

6.      The terms in this pop-up box to which the user must click "I AGREE" include the following statement: "I understand that my use of this website is governed by the website's Terms which I have reviewed and accepted, and I agree to be bound by such Terms."  The first use of

1

"Terms" is highlighted in blue, indicating that word contains a hyperlink. This statement appears in the pop-up box as follows:



7.       When a user clicks on the word "Terms" that appears in this pop-up box, the user is then directed to, and shown, the Platform's "Terms & Conditions" (https://chaturbate.com/terms/). A true and correct copy of the Platform's Terms & Conditions is attached hereto as Exhibit B. A true and correct copy of the version of the Platform's Terms & Conditions that were in effect during June 2024 to October 2024 is attached hereto as Exhibit C.

8.       On June 14, 2024, the Platform registered an attempted visit the Platform by a computer device with a User Agent string of "Mozilla/5.0 (X11; CrOS x86_64 14816.131.0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/103.0.0.0 Safari/537.36"[1] and using IP address 2600:1700:1370:e880:809c:d934:42b7:1390, which is owned by AT&T Internet and geolocated in Olathe, Kansas.

9.       During that attempt to access the Platform on June 14, 2024, the new user account creation process was completed from this User Agent and IP address by completing the following form, including selection of a username (w****f)[2] and password, provision of the email address

---

[1] This User Agent string reveals that the device's operating system was Chrome OS version 14816.131.0 running on a 64-bit central processing unit ("CPU") with version 103.0.0.0 of Google's Chrome browser installed.

[2] Plaintiff's selected username and his provided email address have been redacted for privacy protection but can and will be provided to opposing counsel or the Court upon request.

r***********9@gmail.com (which contains Q.R.'s name in last name, first name format), and inputting an apparently false birth date (March 8, 1995):



10.     Given that (1) the email address provided in the new user account form matched Q.R.'s name, (2) the Platform also registered attempted visits to the Platform by a computer device with the exact same User Agent string of "Mozilla/5.0 (X11; CrOS x86_64 14816.131.0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/103.0.0.0 Safari/537.36" on each and every occasion Q.R. attempted to visit the Platform (which occasions Plaintiff's counsel identified to Multi Media's counsel prior to filing this lawsuit), and (3) each of these attempts also used an IP address owned by AT&T Internet and geolocated to Olathe, Kansas, the evidence overwhelming demonstrates that it was Q.R. who provided the information in the new user account form.

Docusign Envelope ID: EAFD33DA-F4BB-489E-ACE4-4345D09667C0

11.     In addition to filling in the information required to create an account, Q.R. selected the checkboxes next to "I have read and agree to the terms and conditions" and "I have read and agree to the privacy policy" before clicking the "Create Free Account" button.

12.     The words "terms and conditions" on this account creation pop-up box are highlighted in blue which indicates these words contain a hyperlink.  When a user clicks on the words "terms and conditions" that appear in this pop-up box, the user is then directed to, and shown, the Platform's "Terms & Conditions" (https://chaturbate.com/terms/), which is the same Terms & Conditions page identified above.  *See* Exhibits B and C attached hereto.

13.     If a user attempts to click the "Create Free Account" button on the account creation pop-up depicted above without selecting the checkboxes labeled "I have read and agree to the terms and conditions" and "I have read and agree to the privacy policy", an error message is displayed, and the user's account will not be created.  I know that Q.R. selected both checkboxes because his account was created successfully.

14.     The Platform's event logs show that, after completing the account creation process and agreeing to the Platform's Terms, Q.R. was next presented with the following "age gate" pop-up box, which he never completed successfully, and thus he was never able to browse the Platform's content pages:



15.     The Platform's event logs further show that the above-depicted age gate was displayed to Q.R. on each and every occasion he attempted to visit the Platform that Plaintiff

Docusign Envelope ID: EAFD33DA-F4BB-489E-ACE4-4345D09867C0

identified to Multi Media's counsel prior to filing this lawsuit, including specifically in the following instances:

    a.  two instances on August 12, 2024 from IP address 2600:1700:1370:e880:d062:3a1d:a792:6d64 with User Agent string of "Mozilla/5.0 (X11; CrOS x86_64 14816.131.0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/103.0.0.0 Safari/537.36";

    b.  one instance on August 14, 2024 from IP address 2600:1700:1370:e880:5013:b025:2a6b:111e with User Agent string of "Mozilla/5.0 (X11; CrOS x86_64 14816.131.0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/103.0.0.0 Safari/537.36";

    c.  four instances on August 18, 2024 from IP address 2600:1700:1370:e880:342a:168e:256d:905 with User Agent string of "Mozilla/5.0 (X11; CrOS x86_64 14816.131.0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/103.0.0.0 Safari/537.36";

    d.  two instances on August 19, 2024 from IP address 2600:1700:1370:e880:981:2bde:4bc3:403 with User Agent string of "Mozilla/5.0 (X11; CrOS x86_64 14816.131.0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/103.0.0.0 Safari/537.36";

    e.  one instance on August 29, 2024 from IP address 2600:1700:1370:e880:64a3:7404:37c4:b4bc with User Agent string of "Mozilla/5.0 (X11; CrOS x86_64 14816.131.0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/103.0.0.0 Safari/537.36";

    f.  seven instances on August 30, 2024 from IP address 2600:1700:1370:e880:64a3:7404:37c4:b4bc with User Agent string of "Mozilla/5.0 (X11; CrOS x86_64 14816.131.0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/103.0.0.0 Safari/537.36";

    g.  three instances on September 5, 2024 from IP address 2600:1700:1370:e880:84f:afe4:ab9e:9226 with User Agent string of "Mozilla/5.0 (X11; CrOS x86_64 14816.131.0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/103.0.0.0 Safari/537.36";

Docusign Envelope ID: EAFD33DA-F4BB-489E-ACE4-4345D09867C0

    h.   two instances on September 15, 2024 from IP address 2600:1700:1370:e880:65c0:90a2:1972:f36 with User Agent string of "Mozilla/5.0 (X11; CrOS x86_64 14816.131.0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/103.0.0.0 Safari/537.36";

    i.   four instances on September 17, 2024 from IP address 2600:1700:1370:e880:65c0:90a2:1972:f36 with User Agent string of "Mozilla/5.0 (X11; CrOS x86_64 14816.131.0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/103.0.0.0 Safari/537.36";

    j.   one instance on September 22, 2024 from IP address 2600:1700:1370:e880:a823:d144:6d5d:b131 with User Agent string of "Mozilla/5.0 (X11; CrOS x86_64 14816.131.0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/103.0.0.0 Safari/537.36";

    k.   one instance on September 24,2024 from IP address 2600:1700:1370:e880:a823:d144:6d5d:b131 with User Agent string of "Mozilla/5.0 (X11; CrOS x86_64 14816.131.0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/103.0.0.0 Safari/537.36"; and

    l.   two instances on October 2, 2024 from IP address 2600:1700:1370:e880:b134:cbaf:abc:5d6c with User Agent string of "Mozilla/5.0 (X11; CrOS x86_64 14816.131.0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/103.0.0.0 Safari/537.36".

16.    Every time Q.R. was presented with the Platform's age gate, he left the Platform without completing the age verification process and, therefore, without viewing any content on the Platform.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 23, 2025.

DocuSigned by:

*Pooya Woodcock*

Pooya Woodcock

# EXHIBIT 1A

This website contains information, links, images and videos of sexually explicit material (collectively, the "Sexually Explicit Material"). Do NOT continue if: (i) you are not at least 18 years of age or the age of majority in each and every jurisdiction in which you will or may view the Sexually Explicit Material, whichever is higher (the "Age of Majority"), (ii) such material offends you, or (iii) viewing the Sexually Explicit Material is not legal in each and every community where you choose to view it.

By choosing to enter this website you are affirming under oath and penalties of perjury pursuant to Title 28 U.S.C. § 1746 and other applicable statutes and laws that all of the following statements are true and correct:

- I have attained the Age of Majority in my jurisdiction;
- The sexually explicit material I am viewing is for my own personal use and I will not expose any minors to the material;
- I desire to receive/view sexually explicit material;
- I believe that as an adult it is my inalienable constitutional right to receive/view sexually explicit material;
- I believe that sexual acts between consenting adults are neither offensive nor obscene;
- The viewing, reading and downloading of sexually explicit materials does not violate the standards of any community, town, city, state or country where I will be viewing, reading and/or downloading the Sexually Explicit Materials;
- I am solely responsible for any false disclosures or legal ramifications of viewing, reading or downloading any material appearing on this site. I further agree that neither this website nor its affiliates will be held responsible for any legal ramifications arising from any fraudulent entry into or use of this website;
- I understand that this website uses cookies, web beacons, tracking pixels, and similar tracking technologies, as more fully described in the website's Privacy Policy, and I hereby consent to the use of such tracking technologies;
- I understand that my use of this website is governed by the website's Terms which I have reviewed and accepted, and I agree to be bound by such Terms.
- I agree that by entering this website, I am subjecting myself, and any business entity in which I have any legal or equitable interest, to the personal jurisdiction of the State of California, Los Angeles County, should any dispute arise at any time between this website, myself and/or such business entity;
- This warning page constitutes a legally binding agreement between me, this website and/or any business in which I have any legal or equitable interest. If any provision of this Agreement is found to be unenforceable, the remainder shall be enforced as fully as possible and the unenforceable provision shall be deemed modified to the limited extent required to permit its enforcement in a manner most closely representing the intentions as expressed herein;
- All performers on this site are over the age of 18, have consented being photographed and/or filmed, believe it is their right to engage in consensual sexual acts for the entertainment and education of other adults and I believe it is my right as an adult to watch them doing what adults do;
- The videos and images in this site are intended to be used by responsible adults as sexual aids, to provide sexual education and to provide sexual entertainment;
- I understand that providing a false declaration under the penalties of perjury is a criminal offense; and
- I agree that this agreement is governed by the Electronic Signatures in Global and National Commerce Act (commonly known as the "E-Sign Act"), 15 U.S.C. § 7000, et seq., and by choosing to click on "I Agree" and indicating my agreement to be bound by the terms of this agreement, I affirmatively adopt the signature line below as my signature and the manifestation of my consent to be bound by the terms of this agreement.

Signed: _____/s/_____

# EXHIBIT 1B



THE ACT OF MASTURBATING WHILE CHATTING ONLINE

| | |
|---|---|
| Status: | Anonymous (Log In) |
| You have: | **0 Tokens** (Get More) |

HOME    DISCOVER    TAGS    PRIVATE SHOWS    FOLLOWING (0/0)    MERCH          SIGN UP

## Terms & Conditions

Effective Date: September 26, 2016

Last Modified: April 21, 2025

I. The Chaturbate Platform is for Adults Only.

We have placed this detail over and above all of our other terms because it is the most important (although it is also referenced below). The Chaturbate.com platform is only open to consenting adults who have reached the greater of 18 years of age or the age of majority in their jurisdiction (the "Age of Majority"). As used herein, the terms "minors," "minor," and "child" refer to anyone who has not attained the Age of Majority and the terms "adult" and "adults" refer to anyone who has attained the Age of Majority. Anyone who has not yet attained the Age of Majority is strictly prohibited from accessing the Chaturbate.com website and platform. If you have not yet attained the Age of Majority, you must immediately leave this site now. Anyone found to be accessing the Platform, as such term is defined below, in violation of this policy will be permanently banned from accessing the Platform, including after attaining the Age of Majority. Additionally, be advised that we reserve the right to and do report each and every suspected minor to the National Center for Missing and Exploited Children and any and all other law enforcement agencies we deem appropriate. Our zero-tolerance policy with respect to individuals who have not yet attained the Age of Majority includes anyone who we believe, in our sole discretion, may leave viewers with the misimpression that such individual has not yet attained the Age of Majority, whether intentionally (such as, by way of example, with makeup, apparel, room decor, camera filters/applications, and/or automation) or unintentionally. Moreover, we have zero tolerance for anyone attempting on or through the platform to discuss or exploit anyone who has not attained the Age of Majority, whether during a broadcast or through images, text, discussion, external links, or otherwise. As above, we reserve the right to and do report each and every suspected instance of child exploitation materials to the National Center for Missing and Exploited Children and any and all other law enforcement agencies we deem appropriate. We strongly request and encourage Platform users to report anyone who is potentially exploiting or endangering children. Alert us immediately if:

- You identify a potential minor either in broadcast, video, or image content, regardless of context;

- Anyone offers to, seeks to, or actually engages in underage roleplay, commonly called "age play" wherein one or more adult individuals roleplay as a minor; or

- Anyone offers to share, seeks to receive, or actually shares content containing minors, whether through the Platform or otherwise.

All reports are reviewed as quickly as possible, but if you suspect someone may be in immediate danger, please contact your local authorities also. With respect to all other matters, we operate an online platform and we are not in the business of producing or presenting cam broadcasts. We only adopt those rules we feel are necessary to comply with law, community standards, and for the safety of our users.

II. The Platform

The Platform (as defined below) is an online platform providing social networking capabilities including both a text and video chat service whereby individuals accessing the Platform (each a "**Community Member**") may create and share with other Community Members online audio, video, interactive, and live content which may include, at the providing Community Member's election, content of an adult nature. Community Members who have provided sufficient documentation or information are able to broadcast their live streaming video through the Platform, subject to the minimal restrictions set forth in these Terms, which restrictions have been put in place to comply with applicable law, community standards, and for the safety of the Community Members. Subject to safety and legality required rules, Community Members may produce and broadcast (or not broadcast) as and when they determine and set their own rules for other Community Members viewing their broadcasts. Community Members are also free to use other video streaming platforms either at different times or at the same time as such Community Members use our Platform, subject to the provision below that Community Members may not, through the Platform, promote or advertise any entity, product, service, or website that delivers live-streaming content.

## III. INTRODUCTION AND DESCRIPTION OF SERVICE

a. **When you access the Platform, you understand that you may see and/or receive messages, solicited and unsolicited, containing graphic depictions of nudity, exposed genitals and adults engaged in explicit sexual activity consisting of adults of different genders, adults of the same gender, as well as sexual acts involving more than 2 adults. By accessing and/or using the Platform, you expressly acknowledge that you have attained the Age of Majority and wish to see adult materials of your own volition.** By accessing the interactive video chat social networking platform located at Chaturbate.com (collectively the "**Platform**") these terms and conditions, including without limitation sections 1 & 2 above, (these "**Terms**") form the binding agreement between you ("**you**") and Multi Media, LLC (the "**Company**") regarding your use of the Platform. **If you do not agree to be bound by these Terms, you must immediately exit the Platform and not access the Platform again for any reason.** There is no fee to access the Platform and view content; however, to access some functions of the Platform, Community Members will be required to create an Account (defined below).

b. Community Members who are eligible to receive tokens in their account from other Community Members are referred to in these Terms as an "**Independent Broadcaster(s)**". In these Terms, the use of phrases such as "**we**" "**our**" "**us**" or other appropriate first-person terms refer to the Company. The use of the terms "**you**" or "**your**" refers, as the context may require, to you, a Community Member or Independent Broadcaster accessing or utilizing the Platform. By accessing and/or using the Platform, you agree to be bound by the Terms.

## IV. NO ACCESS BY MINORS AND NO EXPLOITATION OF MINORS

a. **This Platform is for Adults Only.** As noted in section 1 above, in order to access and use the Platform, you must be at least the Age of Majority. **IF YOU ARE NOT OF THE AGE OF MAJORITY, YOU MUST IMMEDIATELY LEAVE THE PLATFORM.** By accessing and/or using the Platform you agree that you have reached the Age of Majority and acknowledge that we have the sole and absolute right to terminate your Account if we believe you are in violation of this requirement. If we believe you are in violation of this Age of Majority requirement, we will report you to law enforcement.

b. **Law Enforcement Reporting.** We reserve the right to and do report suspected violations of the Platform's minimum age requirement to the National Center for Missing and Exploited Children ("NCMEC") and any and all law enforcement and other organizations we may feel appropriate, in our sole discretion. If you believe that a minor has accessed the Platform, you should immediately report it to us at legal@chaturbate.com. For more information regarding this policy and our zero-tolerance stance on minors using or in any way appearing on the Platform, please contact us at support@chaturbate.com.

c. **No Exploitation of Minors.** For the purpose of these Terms, Child "Sexual Abuse Materials," commonly referred to as "CSAM," includes, but is not limited to (i) any materials showing a person who has not yet attained the Age of Majority in a state of undress, or engaged in any suggestive or

sexual acts of any kind; (ii) any materials that simulate the foregoing, such as dolls, animated films or images, adults made to look like children or suggest that they are below the Age of Majority; and (iii) discussion of child pornography, child exploitation, or your own or another's sexual activity prior to obtaining the Age of Majority. Possession and distribution of CSAM and the exploitation of children are serious crimes. **All Community Members are strictly prohibited from using the Platform to distribute, access, solicit, or discuss CSAM or engage in any conduct or discussion exploitative of a person below the Age of Majority, including by way of role play.** If you see anything on the Platform that violates this provision or seems questionable, report it immediately to us at legal@chaturbate.com. We will immediately investigate any claim and take the appropriate action. **IF YOU ARE SEEKING OR HAVE AN INTEREST IN ANY TYPE OF PEDOPHILIC OR PEDERASTIC CONTENT, INCLUDING AS ROLE PLAY, YOU MUST IMMEDIATELY LEAVE THE PLATFORM. YOU WILL BE BANNED FOR EVEN DISCUSSING SUCH ACTIVITY OR SEEKING/OFFERING/ENGAGING IN INAPPROPRIATE ROLE PLAY. FURTHER YOU WILL ALSO BE BANNED FROM THE PLATFORM AND REPORTED TO NCMEC AND/OR LAW ENFORCEMENT FOR DISCUSSING OR ARRANGING TO DISCUSS MINORS ON ANOTHER PLATFORM. SIMPLY PUT, PEOPLE WITH INTERESTS IN CHILDREN, INCLUDING THROUGH ROLE PLAY, ARE NOT WELCOME TO USE THE PLATFORM AND WILL BE DEALT WITH IN THE HARSHEST MANNER POSSIBLE.**

d. **Section 230 of the Communications Decency Act.** The Platform is a Community Member-driven interactive platform with content provided by Independent Broadcasters; pursuant to Section 230 of the Communications Decency Act, we are immune from suit for materials published through the Platform by Community Members. As such, we are not liable for content published by Community Members. As we operate an online platform and we are not in the business of producing or presenting cam broadcasts, we have endeavored to impose only those rules and policies that we feel are necessary in order to: (i) to comply with applicable laws, and (ii) to maintain the safety of the Platform and for Community Members.

e. **Reporting Abusive Behavior.** If you identify a Community Member you believe to be violating any of the Terms, which include Appendix C (the Code of Conduct, linked below) please immediately let us know by emailing support at support@chaturbate.com or using the "REPORT ROOM" function at the top right of each streaming broadcast window. All reports are reviewed as soon as practicable but in no event more than 4 business days.

## v. YOUR ACCOUNT AND GENERAL TERMS APPLICABLE TO ALL USERS

a. **Member Account and Password.** In order to access the non-public portions of the Platform, you must create an account (your "<u>Account</u>"). In creating an Account, you will be prompted to create a username and password. Note: if you wish to become an Independent Broadcaster, you will be required to submit certain personally identifiable information as further described in section [PLACEHOLDER]. In order to take advantage of some of the pay features available through the Platform, you will be prompted to input a payment method. As noted in the Privacy Policy, which is incorporated herein by this reference and made a material part of these Terms, this information is received and held by a third-party payment processor who, subject to their terms, will store your payment information for future use through the Platform. You may not choose a username that may falsely represent you as someone else, a name suggesting a violation of the Terms, or a name that may otherwise be in violation of the rights of any other individual or entity. We reserve the right to disallow the use of usernames, or cancel, at any time, the membership of any Community Member who uses their selected username in violation of these Terms or in any other way we deem inappropriate in our sole discretion. You are solely responsible for any and all activities conducted and purchases made through your Account. It is important to note that, while we do not require that you provide an email address to create an Account, choosing not to provide an email address limits the support we can provide in connection with your Account as we are unable to verify you are the Account holder.

i. **Shared Accounts.** With respect to Accounts which have more than one age-verified user, the person in control of the Account is deemed to be the person whose email address is associated with the Account, unless there is payee information associated with the Account, in which case the payee is deemed to be the person in control of the Account. Material

changes to Accounts may only be made at the request of the person deemed to be in control of the account. Material changes include changes to the email address associated with the Account, changes to payee information, and changes to two-factor authentication settings. You understand and agree that the person deemed to be in control of any such Account will have full access to and control over all information associated with the Account, including all information collected on such Account. For more information about information we collect, please see our Privacy Policy.

ii. **Studio Accounts.** Individuals who wish to create a studio account (a "**Studio Account**") through the Platform must comply with our rules for setting up a Studio Account. If these rules are complied with, such Account will be considered a "**Studio**" on the Platform. For all Accounts under a Studio, the Studio is deemed the owner of all Accounts in such Studio Account ("**Studio Sub-Accounts**"). The followers, images, and data associated with all Studio Sub-Accounts may not be transferred away from or shared with another Account without the applicable Studio's consent, absent what we may deem, in our sole and exclusive determination, to be extraordinary circumstances.

b. **Security of your Account.** You are solely responsible for maintaining the confidentiality of your username and password and are fully responsible for all activities that occur under your username and password, including without limitation any unauthorized access to the Platform caused by your failure to maintain the security of your username and password, including access which may violate applicable laws and/or subject you to criminal prosecution. This will result in your immediate ban from the Platform and deactivation of your Account. We will not release your password for security reasons. You agree to (i) immediately notify us of any unauthorized use of your username or password or any other breach or suspected breach of security, and (ii) ensure that you log out of your Account each time you stop interacting through the Platform. We highly encourage all Community Members to turn on two-factor authentication to increase the security of their Account.

c. **License to Access the Platform.** You are granted a limited, non-exclusive, revocable license to access and use the Platform for your own personal enjoyment. You may not, download, reproduce, sell, rent, perform, or link to any content made available through the Platform, except as expressly permitted by the Community Member and/or Independent Broadcaster, as appropriate, responsible for such content or otherwise as permitted by the rules of the Platform. You may not abuse or misuse any functionality offered through the Platform such as taking steps to re-obtain limited time or one-time offers or promotions. As noted below, your license to access the Platform, including any content saved to or associated with your account(s), may be terminated for a violation of these Terms and as otherwise provided herein.

d. **Solicitations. Although we do not control Independent Broadcasters and other users' use of the Platform,** you may not use the Platform to promote or advertise any third-party products, sites, or services that deliver live-streaming content. **Independent Broadcasters and other Community Members** are, of course, free to cam on other sites, it is prohibited to use the Platform to solicit any Community Member(s) to utilize another product, site, or service that delivers live-streaming content. Additionally, Community Members may not solicit any type of pay-per-meet (commonly called "escorting," dating service or site), or use the Platform for the sale of controlled substances or materials (including cannabis and weapons) or multi-level-marketing businesses.

e. **Billing.** Community Members may elect to put money on deposit with the Platform which will be converted to tokens which tokens may only be used through the Platform as the applicable Community Member elects, including for use to tip Independent Broadcasters or to purchase items from an Independent Broadcaster's bio page. Certain purchases may be processed by UAB Alternative Payments, Šiaulių g. 10-32, LT-01134 Vilnius, Lithuania as an EU based purchase facilitator.

f. **Autorefill.** We may, from time to time, offer the ability to auto-refill your token balance ("Auto-Token Refill"), meaning that when purchasing a token package, you will be provided with the opportunity to select that such package be automatically repurchased using the payment information on file for your account when your token balance reaches a level designated by you. By enabling this feature, you authorize us to charge your payment method on file each time your balance falls below your specified threshold. You may modify your Auto-Token Refill settings or

4

disable this feature at any time through your account settings. You will be notified each time an Auto-Token Refill has been processed.

g. **Token Use.** By tipping tokens through the Platform, you agree that all token tips are intended as a gratuity and all tips are final when sent. In the event that we receive a complaint about a tip after it has been sent, we may, at our election and with no obligation to do so, send the complaint to the other party for the other party's response regarding the complaint. You are prohibited from providing "tips" for the performance of specific acts. Requesting or demanding specific acts for tips may result in a ban from the Platform for all parties involved. Independent Broadcasters may elect to encourage engagement through the use of a "tip menu" or otherwise. In the unlikely event an Independent Broadcaster fails to perform the performance suggested in their tip menu after receiving the requested gratuity, you may not legally require or compel the Independent Broadcaster to provide any performance or insist on a refund of the gratuity. Of course, you may register either positive or negative feedback on an Independent Broadcaster once every 30 days through the rating system. Although we cannot guarantee that disputes will not occur and cannot compel any Independent Broadcaster to engage in any activity the individual does not wish to engage in, we nevertheless request you report these incidents as repeated failures by an Independent Broadcaster to "morally" honor their own "tip menu" may result in action against the Independent Broadcaster, up to and including termination from the platform. Independent Broadcasters are prohibited from requesting any type of off-Platform payments; provided, however, the Platform may, from time to time, permit Independent Broadcasters to post links to wish lists. Your chosen payment method will only be billed as you specifically request. Unless otherwise specifically provided in writing, you will not be billed for the same purchase on a recurring basis. By providing your payment information, you expressly consent to the use of third-party payment processors to facilitate any and all transactions you may elect to make through the Platform. It is your sole responsibility to make sure that your billing information is up to date. If you believe that you have been erroneously billed, please notify us immediately of such error. If we do not hear from you within 30 days after such billing error first appears on any account statement, such fee will be deemed accepted by you for all purposes, including resolution of inquiries made by your credit card issuer. You release us from all liabilities and claims of loss resulting from any error or discrepancy that is not reported to us within 30 days of its publication. We reserve the right to impose transaction limits on Community Members based upon a variety of factors including, without limitation, length of membership to the Platform, location, change in access information, and amount of refund requests. Please note that abuse of special offers, including creating multiple accounts to take advantage of such offers, is a violation of these Terms. Community Members may withdraw unused moneys on deposit with the Platform by contacting customer support, less amounts charged by third parties in connection with the initial and refund transactions.

h. **Videos and Images Offered by Community Members**. Community Members, including Independent Broadcasters, may create or otherwise make available video, photo, or other content containing content and intellectual property that they own or have a license to use ("Member Content"). In making available Member Content, you are representing and warranting to the Company that you have all the necessary rights and permissions to make such content available through the Platform and to offer to all Community Members who acquire the Member Content a perpetual, irrevocable, worldwide license to access and view such content through the Platform. To be clear, you understand and agree that once a Community Member acquires Member Content uploaded by you in the Community Member's Account on the Platform, you have granted to that Community Member a perpetual, irrevocable, worldwide license to access and view such content through the Platform, and represent that you have all necessary rights and permissions to grant such license. With respect to any Member Content that you elect to acquire through the Platform you acknowledge and agree as follows: (i) that we are neither the creator nor source of the Member Content; (ii) that we simply offer a platform for Community Members to create and share Member Content with other Community Members; (iii) the Community Member who posted the applicable Member Content is solely responsible for any claims or liabilities associated with, arising from, or in any way relating to such Member Content; (iv) your purchase or use of any Member Content is solely at your own risk; and (v) you forever release the Company, its affiliates, successors, assigns, officers, employees, agents, directors, shareholders and attorneys from any and all claims and liabilities associated with, arising from, or in any way relating to Member Content. We have the

absolute right to remove any Member Content that we believe, in our sole discretion, may violate any law or these Terms. In the event that you provide tokens to an Independent Broadcaster in connection with obtaining Member Content, you agree that these tokens are provided as a gratuity notwithstanding any request from the applicable Independent Broadcaster and you further understand that such tokens will not be refunded for any reason.

i. **Private Shows**. All Independent Broadcasters acknowledge and agree they are aware that all private shows are recorded by default and such recordings are provided to the applicable Community Member(s) who purchased such private shows; provided, however, that Independent Broadcasters can disable this recording option at any time in account settings. Independent Broadcasters acknowledge and agree that all recordings of private shows are considered Member Content and that upon delivery of the recording to the purchasing Community Member(s), such Community Member(s) will have acquired from the applicable Independent Broadcaster a perpetual, irrevocable license to view and access such recording through the Platform.

j. **Fan Clubs**. Independent Broadcasters have the ability to create and administer a fan club through the Platform provided that Independent Broadcasters' account is in good standing and Company has not limited or removed the fan club functionality. Should an Independent Broadcaster elect to start a fan club, the Independent Broadcaster will choose a monthly fee that other Community Members must pay to be members of the Independent Broadcaster's fan club. You understand and agree that in purchasing a membership to an Independent Broadcaster's fan club, such purchase will automatically renew, and you will be automatically rebilled for such purchase, on a monthly basis until such time as you cancel such fan club membership. Updates and what, if anything, is included in any such membership will be in the sole control and determination of the applicable Independent Broadcaster. For the avoidance of doubt, in the event that you are an Independent Broadcaster and offer a fan club, you agree that you have the unrestricted right to offer and/or provide any content you may post to Community Members who join your fan club is subject in all respects to these Terms and our policies. In the event that one or more members of an Independent Broadcaster's fan club request a refund from us, or institute a chargeback with our payment processor, we reserve the right to assess a chargeback fee to such Independent Broadcaster's Account and/or suspend the Independent Broadcaster's ability to maintain a fan club through the Platform. We reserve the right to rescind any Independent Broadcaster's permission to maintain a fan club for any or no reason at all.

k. **Warning Regarding Streaming Content.** The Platform provides functionality allowing Community Members to stream/broadcast using their webcams. It is possible that other Community Members might, without your permission, unlawfully record, make copies of, store, re-broadcast, distribute, publish or otherwise share your broadcast online or through other media forms. You assume all risk for your broadcasts and hereby release and agree to indemnify and hold us harmless for all actions arising out of such activities, including without limitation invasion of privacy, defamation, and/or intellectual property infringement. As noted in our Privacy Policy, all information and content you determine to share or stream through the Platform, including in "private" and/or password protected situations, is considered public information.

l. **Communications through the Platform.** As noted in our Privacy Policy, we cannot ensure the security or privacy of information (including, without limitation, text, images, and videos) you provide or share through the Platform. We strongly discourage the sharing of private information (including your real name, date of birth, city of residence, city of birth, etc.). Be aware that no Community Member is required to share any information the Community Member does not wish to share and may, in fact, share as their "real" information, information which does not reflect government or other official records. Provided that the information shared does not infringe on the rights of any third party or suggest a possible violation of applicable law or these Terms, we will not generally intervene in connection with the information a Community Member determines to share. All Community Members, particularly Independent Broadcasters, are encouraged to take all appropriate measures to maintain their privacy and safety. *We are not responsible for, and cannot control, the use of any information, by anyone, that you provide or make available to other parties through the Platform. Use caution in deciding what personal information you share with others through the Platform. We cannot assume any responsibility for the content of any message sent by any Community Member on the Platform. You release us from any and all liability in connection*

6

*with the content(s) of any communication(s) you may receive from other users. We discourage, in the strongest terms possible, off-platform interactions as we are unable to assist with such interactions even if, by way of example and not limitation, we are provided with purported screen captures as we have no way to verify the accuracy of such screen captures. All off-platform interactions are undertaken at your own risk, with the understanding we cannot assist, and that there is a significant risk that such interactions will result in the exposure of private information.* As noted in the Privacy Policy and above, all chat messages, including direct/private messages, should be and are considered public information. Be aware that Community Members, including Independent Broadcasters, may have assistance in their communications with other Community Members. For Independent Broadcasters, this assistance can be in the form of a designated moderator or an individual not depicted in the broadcast. Community Members, including Independent Broadcasters, who elect to or require assistance with engaging with Community Members are required to disclose the use of such assistance to Community Members which may be done through their BIO or otherwise. If a Community Member inquires about the use of assistance in communications, the individual receiving the inquiry shall immediately and truthfully disclose whether or not assistance is being, or has been, used at any time during the communication with the inquiring Community Member. The response must be made in the same way that the inquiry was made, e.g., if a Community Members asks in writing in public chat, the response must be made in writing in public chat.

m. **Public Information/Caution in Sharing Information.** As noted in our Privacy Policy, all information and/or content you choose to post and/or share through your profile on the Platform, through chat (including private chat or "direct message"), and all content you stream or otherwise share through the Platform is considered public information. You agree to limit the information you share through the Platform keeping in mind we cannot control the use of such information by those with whom you share your information.

n. **On- or Off-Platform Interactions/Meetings.** We do not recommend any form of interaction between Community Members outside of the Platform, and as disclosed elsewhere in these Terms, your use of and interactions through the Platform are done at your own risk. Use of the Platform to arrange face-to-face meetings for the purpose of engaging in prohibited activity is forbidden. If you elect to interact with any Community Member outside of the Platform in a way that does not violate these Terms, you do so at your own risk, and you acknowledge and agree that we are not responsible for any consequences of your election to interact with anyone, whether in person or otherwise, outside of the Platform. We cannot and will not intervene in any matters or disputes which take place outside of the Platform, including with respect to situations where we are provided third-party screen captures or records, as we cannot verify such screen captures or records. In the event that you choose to communicate or otherwise interact with another Community Member outside of the Platform despite these cautions, you should, at a minimum, consider the following precautions:

   i. Anyone who is able to commit identity theft can also falsify a user profile. In fact, many Community Members elect, for privacy reasons, to share information other than their real information such as a different location and/or "real" name.

   ii. There is no substitute for acting with caution when communicating with any stranger who wants to meet you.

   iii. Never include your last name, email address, home address, phone number, place of work, or any other identifying information in your user profile or initial email messages. Immediately stop communicating with anyone who pressures you for personal or financial information or attempts in any way to trick you into revealing it.

   iv. If you choose to have a face-to-face meeting with another user, always tell someone in your family or a friend where you are going and when you will return. Never agree to be picked up at your home. Always provide your own transportation to and from the meeting, and meet in a public place with many people around.

   v. All the money and gifts you send to other Community Members, whether directly or indirectly, through the Platform or outside of the Platform, is done at your own risk. We will not intervene or become involved in any dispute between Community Members.

o. **Contests.** From time to time, we may permit certain contests for participation by Community Members and Independent Broadcasters. The general rules for our contests are located in our general contest rules in **Appendix A** to these Terms which appendix is incorporated by reference herein.

p. **Your Privacy Rights.** When you use the Platform, we collect and process certain personally identifiable and other data about you. Our use of this information is governed by our Privacy & Cookies Policy, which is incorporated by reference herein. You are encouraged to read this policy as it contains important information on how we collect and use this information and your rights regarding the same. Additionally, the Platform utilizes cookies and certain technology that tracks usage, performance and your geographic location which are more fully described in our Privacy & Cookies Policy.

q. **Termination.**

   i. **By You.** You may terminate your Account and/or any of your memberships at any time by visiting our cancellation page or by contacting our customer support. You agree to be personally liable for any and all charges incurred by your Account, username, and password until terminated as provided herein. If you are an Independent Broadcaster and wish to terminate your Account, any tokens remaining in your Account at the time of termination will be disbursed to the payment information on file for your Account on our next payout date. If you are not an Independent Broadcaster and wish to terminate your Account with money on deposit in your Account for use as tokens, such amounts can be withdrawn by you subject to any third-party costs associated with processing your deposit and withdrawal. Upon our processing of your request to terminate your Account, you will no longer have access to the non-public areas of the Platform nor will you have access to any Member Content in your Account.

   ii. **By Us.** We may, at our sole discretion, terminate or suspend your access to all or part of the Platform at any time, with or without notice, for any reason or no reason at all, including, but not limited to, any breach of this Agreement. Without limiting the generality of the foregoing, any activity which we believe, in our sole discretion, to possibly be illegal, fraudulent, abusive, or in violation of our community standards, or our rules, may be grounds for termination of your access to all or part of the Platform at our sole discretion, and we reserve the right to refer any such activity to any appropriate law enforcement agencies.

   iii. **Effect of Termination.** You accept that when you cancel your Account or your account is terminated, or you are otherwise banned from the Platform, you will be automatically locked out of the Platform, and will no longer be able to access your Account, including any and all Member Content. You also agree and accept that upon termination of your Account, we have no obligation to maintain or store any content, mail or other materials connected to or in your Account and that such information may be irretrievable.

r. **Representations by Community Members**

   i. You represent and warrant the following:

      1. You are familiar with the laws in your area that may affect your legal right to access or transmit erotic or adult material, and by your accessing the site, you are representing and warranting that you are not prohibited by law from accessing or using the Platform or transmitting in any way any erotic or adult material.

      2. You are not currently nor have you ever been included and/or listed in a registry for sexual offenders in any jurisdiction and have never been convicted of any type of sexual crime against any person or animal.

      3. You are voluntarily choosing to proceed with your use of the Platform because you want to view, read, or hear various content, including, without limitation, content of an explicit adult nature for your own personal enjoyment, information, and/or education.

      4. You are familiar with the standards in your community regarding acceptance of sexually-oriented materials, and the materials you expect to encounter through use of

the Platform are within your community standards. Should the content you encounter through the Platform not meet your community standards, you will immediately cease use of the Platform.

5. You have not notified any governmental agency, including the U.S. Postal Service, that you do not wish to receive sexually oriented material

6. You will not violate any civil or other rights of any other Community Member or any third party.

7. Any content that you upload or stream will be your original work and not infringe the intellectual property rights of any third-party.

ii. You agree that:

1. You will follow all applicable laws governing your use of the Platform; and

2. You will not violate any provision of these Terms.

s. **Community Member Indemnities.** An indemnity is your obligation to cover us for certain losses, whether monetary or otherwise relating to or arising out of certain actions by you. This section creates an obligation on your part to protect us in these instances and is a material inducement on our part to provide the Platform. You hereby agree to indemnify us for any and all claims and losses, whether actual or threatened, including without limitation, our reasonable attorneys' fees and costs, with respect to any claim relating to or arising out of your use of the Platform that violates these Terms or any applicable law. Again, if you do not agree to these Terms, you may not access or use the Platform and should immediately exit the Platform.

## VI. CONTENT

a. **Obligations Under *18 U.S.C. §2257*.** You should be aware that, pursuant to United States federal law, any visual depictions that you post, share or perform on or through the Platform which portray "actual sexually explicit conduct", "depictions of the genitals or pubic area", or "simulated sexually explicit activity", as those terms are defined in *18 U.S.C. §2256(2)(A)(i)-(iv) and §2257A*, require that you maintain the records listed under *18 U.S.C. §2257*, and any such postings must contain a "18 U.S.C. §2257 Record-Keeping Requirements Compliance Statement." Your failure to comply with the provisions of 18 U.S.C. §2257 may make you subject to criminal and civil prosecution for the violation of federal law.

b. **Content Submitted to the Platform.** All materials submitted and/or streamed by Community Members through the Platform, including Member Content, and created by such Community Member ("**Community Member Content**") is and shall remain the property of the Community Member or Independent Broadcaster who created it. Community Member Content shall also include any chats, or other materials that are transmitted through the Platform when you use the Platform. When you broadcast or upload Community Member Content to the Platform, you hereby grant us a worldwide, non-exclusive, royalty-free, sublicensable and transferable license to use, reproduce, distribute, prepare derivative works of, and perform the Community Member Content in connection with delivering the Platform and for marketing and advertising the availability of the Platform in any media format we choose. You also expressly provide that each Community Member shall have an irrevocable license to use the Community Member Content under these Terms and requesting deletion will not terminate the irrevocable license granted herein. You will not submit content that you did not create, own, or to which you do not have the legal right to submit. This restriction includes the submission of any third-party content. Community Member Content will comply with these Terms and the Code of Conduct. All Community Member Content must also comply with our "**Content Submission Guidelines**" in our Code of Conduct located at **Appendix C** and which is incorporated by reference herein. You represent and warrant that all Community Member Content is your content and does not infringe upon the intellectual property rights of any third-party. **You will indemnify and hold us harmless for any and all losses, damages or costs relating to or arising out of a claim that your Community Member Content infringes the intellectual property rights of any third-party.** We may from time to time provide a free content removal notice service to current and/or former members of the Chaturbate community. In addition to the license provided in this

9

section you authorize us to send takedown demands, pursuant to the United States' Digital Millennium Copyright Act ("DMCA"), to any service provider hosting reproductions of your Community Member Content that have been taken from the Platform (e.g., a video clip bearing our watermark). You understand that the Platform does not represent or promise that any such notices will be fully compliant with DMCA or error free nor does the Platform represent or promise that the recipient(s) of such notices will take any action in response to these notices.

c. **Deleting Community Member Content.** You may request that we delete Community Member Content submitted by you by contacting us at support@chaturbate.com. We may retain copies of the Community Member Content in connection with age verification obligations and pursuant to licenses previously granted by you to other Community Members but will not make them available for further acquisition through the Platform after we have processed your request. Your license to us in any comments, texts, chats or other Community Member Content (used in published advertising) is not revocable. As noted elsewhere in these Terms, your Community Member Content, if acquired through the Platform by another Community Member, will be deleted from your Account per your request; however, any Community Member Content acquired by other Community Members prior to the date of your request for deletion of such Community Member Content will remain in the Accounts of such Community Members. Moreover, you understand that, although we may delete Community Member Content, one or more other Community Members may have copies of or notes regarding such content and we are unable to delete such copies or notes.

d. **No Endorsement for Community Member Content.** We do not endorse or recommend, nor do we have or assume any obligation to monitor any Community Member Content streamed or otherwise shared through the Platform by any Community Member or Independent Broadcaster; and, we hereby disclaim any and all liability with respect to Community Member Content. We do not permit any copyright infringing activities or any Community Member Content that infringes on our intellectual property rights or those of any party or third party. We will remove any Community Member Content where we are properly notified of such infringement as set forth below. We may remove any such Community Member Content without any notice. Our means of identifying Community Member Content that may infringe upon a third party's rights or which is illegal or violates our code of conduct, is dependent on properly presented notifications from third parties claiming that their rights have been violated. For Community Member Content which is offensive or which you believe is illegal, notify us at support@chaturbate.com. For infringing content, please follow the procedures below.

e. **Infringement and the DMCA.** We respect the creative efforts of Community Members and non-community members and have no tolerance for anyone's use of a third party's intellectual property without such third party's express permission. If you are a copyright owner and believe that your work has been copied or in any way distributed or shared through someone's use of the Platform in a way that constitutes copyright infringement, or your intellectual property rights have been otherwise violated, please provide the Platform's Designated Copyright Agent the following information:

    i. an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright or other intellectual property interest;

    ii. description of the copyrighted work or other intellectual property that you claim has been infringed;

    iii. a description of where on the Platform the material that you claim is infringing is located;

    iv. your address, telephone number, and email address;

    v. a statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; and

    vi. a statement by you made under penalty of perjury that the information in your Notice is accurate and that you are the copyright or intellectual property owner or authorized to act on the copyright or intellectual property owner's behalf.

Send your Notice of Claimed Infringement to:

Lawrence G. Walters, Esq.
195 W. Pine Avenue
Longwood, FL 32750
Fax: (407) 774-6151
Email: Notice@DMCANotice.com

Do not send other inquires or information (other than Notices of Infringement) to our Designated Agent. Any other inquiries should be sent to support@chaturbate.com.

f. **Infringement Counter-Notice**. If your Community Member Content was removed (or access to such Community Member Content was disabled), and your Community Member Content is not infringing, or if you have the authorization from the copyright owner, the copyright owner's agent, or pursuant to the law, to post and use the material in your Community Member Content, you may provide a counter-notice containing the following information to the DMCA Agent listed above:

 i. Your physical or electronic signature;

 ii. Identification of the Content that has been removed or to which access has been disabled and the location at which the Content appeared before it was removed or disabled;

 iii. A statement that you have a good faith belief that the Content was removed or disabled as a result of mistake or a misidentification of the Content; and

 iv. Your name, address, telephone number, and e-mail address, a statement that you consent to the jurisdiction of the federal court in Los Angeles, California, and a statement that you will accept service of process from the person who provided notification of the alleged infringement.

 v. If a counter-notice is received by the Copyright Agent, we may send a copy of the counter-notice to the original complaining party informing that person that it may replace the removed Content or cease disabling it in 10 business days. Unless the copyright owner files an action seeking a court order against the Content provider, member or user, the removed Content may be replaced, or access to it restored, in 10 to 14 business days or more after receipt of the counter-notice, at our sole discretion.

 vi. **Repeat Infringer.** We have and enforce a repeat infringer policy. We will terminate the Accounts of any Community Member and/or Independent Broadcaster who is determined to be a repeat infringer.

 vii. **Requests to Remove Content.** In the unlikely event that you find content in which you appear, but in which you do not own the copyright (please see the DMCA section above if you own the copyright), that you did not consent (or no longer consent) to have shared through the Platform, you may have such content removed by emailing our support team at support@chaturbate.com with a link to the content in which you appear together with a statement that you did not consent (or are now withdrawing your previously given consent) to have the content shared through the Platform. Thereafter, the content in which you appear will be removed as expeditiously as possible.

## VII. CODE OF CONDUCT

a. **Code of Conduct.** You understand that we do not create or publish content. Instead, we provide a platform to provide others with the ability to share their own content which they have all rights and permissions to share. We implement only minimal rules intended to respect the rights of others and comply with applicable law, and so that the Platform remains a safe location for Community Members to express themselves. These community rules are guidelines for what is permissible through the Platform and are subject to change. Please review our "Code of Conduct" located at **Appendix C** which is hereby incorporated by reference and made a part of these Terms.

## VIII. PROMOTION OF THE PLATFORM

a. Registered users of the Platform may be eligible to participate in our affiliate advertising program and potentially earn commissions based on the number and quality of registered user referred to the Platform. For more information, please see **Appendix B**, which is hereby incorporated by reference and made a part of these Terms.

## IX. MISCELLANEOUS

a. **Links to Other Sites.** The Platform may contain links, posted by us or by one or more Community Members, to other websites operated by independent third parties. These websites are not operated by us and we are not responsible for any content or links they provide. Our linking to any third-party sites is not an endorsement or certification as to the content, opinions expressed thereon or safety or suitability of such site. When you access a link to another site, you are leaving the Platform and accessing the third-party site at your own risk. Other sites will have their own terms, privacy policies and procedures and may contain malicious or destructive code, viruses, malware and other tracking cookies. You should ensure that your device is adequately protected. **WE SHALL NOT BE LIABLE TO YOU IN ANY WAY FOR YOUR ACCESSING ANY THIRD PARTY LINKED SITES.** Community members may not post links (or references to links or third party sites generally) in their room subject or as their location in their bio pages. We reserve the right to further restrict where links may be shared and to which third party websites you may link or reference.

b. **Proprietary Information.** Elements of the Platform contain proprietary or confidential information that belongs to us. We assert full copyright protection in the Platform, including all of the design and code embodied therein. Any information shared or posted by us or by Community Members may be protected whether or not it is identified as proprietary to us or to the sharing Community Member. You will not modify, copy, or distribute any information on the Platform without the express written permission of the owner of such information and may not use any automated means to scrape, download or otherwise collect any data or content from the Platform including, without limitation, robots/bots, crawlers, or data mining tools.

c. **Disclaimer of Warranties**. The Platform is provided on an "as is" and "as available" basis. We do not warrant that the Platform will be uninterrupted or error-free. There may be delays, omissions, and interruptions in the availability of the Platform. WHERE PERMITTED BY LAW, YOU ACKNOWLEDGE THAT THE SERVICE IS PROVIDED WITHOUT ANY WARRANTIES OF ANY KIND WHATSOEVER, EITHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE; NOR DOES THE SITE MAKE ANY WARRANTY AS TO THE RESULTS THAT MAY BE OBTAINED FROM THE USE OF THE SERVICES OR AS TO THE ACCURACY OR RELIABILITY OF ANY INFORMATION OBTAINED THROUGH THE SERVICES OR THAT DEFECTS IN ANY SOFTWARE, HARDWARE OR THE SERVICES WILL BE CORRECTED. YOU UNDERSTAND AND AGREE THAT ANY USE YOU MAKE OF ANY MATERIAL AND/OR DATA DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF THE SERVICE IS AT YOUR OWN DISCRETION AND RISK, AND THAT YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER SYSTEM OR LOSS OF DATA THAT RESULTS FROM THE DOWNLOAD OF SUCH MATERIAL AND/OR DATA. We do not represent or endorse the accuracy or reliability of any advice, opinion, statement or other information displayed, uploaded or distributed through the Platform by us or by any Community Member or any other person or entity. You acknowledge that any reliance upon any such opinion, advice, statement or information shall be at your sole risk. The site may contain errors, omissions or other outdated information. We reserve the right to correct these errors. If you have any questions, or believe you have encountered any type of error, please contact us at support@chaturbate.com.

d. **LIMITATION OF LIABILITY. WHEN PERMITTED BY LAW, WE AND OUR AFFILIATED COMPANIES WILL NOT BE RESPONSIBLE FOR ANY LOST PROFITS, REVENUES, LOSS OF DATA, FINANCIAL LOSSES, SPECIAL, INDIRECT CONSEQUENTIAL OR PUNITIVE DAMAGES, EXCEPT WHERE CAUSED BY OUR GROSS NEGLIGENCE OR WILLFUL MISCONDUCT. TO THE FULLEST EXTENT PERMITTED BY LAW, OUR LIABILITY TO YOU WILL NOT EXCEED, IN THE AGGREGATE, THE LESSER OF (a) ANY UNUSED PORTION OF THE VIRTUAL MONEY YOU PURCHASED (BUT ONLY IF WE DISCONTINUE THE USE OF VIRTUAL CURRENCY, OR IF YOU VOLUNTARILY CANCELED YOUR ACCOUNT), OR (b) THE SUM OF**

$250 USD. IN ALL INSTANCES, WE WILL NOT BE LIABLE FOR ANY LOSS OR DAMAGE THAT IS NOT REASONABLY FORESEEABLE.

e. **Complaints.** To resolve or report a complaint regarding the Platform or other Community Members, send an email detailing your complaint to support@chaturbate.com. In appropriate circumstances, we will take immediate action in order to help resolve the problem. You agree that in attempting to resolve any complaint you send to us we may, in our sole and exclusive determination, share your complaint in part or in whole with other individuals involved and/or otherwise implicated in the complaint.

f. **Choice of Law**. You agree that these Terms are governed by the laws of the State of California, without regard to its choice of law provisions.

g. **Arbitration.** You hereby agree that, if we become involved in any dispute relating to or arising out of your use of the Platform, any such claims, including any private attorney-general representative claims, will be resolved by binding individual arbitration and not in court. There is no judge or jury in arbitration proceedings, and awards made by an arbitrator are not generally appealable in court except in rare circumstances. Arbitrators can, however, award damages on an individual basis identical to what can be awarded by a judge. An arbitrator hearing a claim is obligated to follow these Terms as a judge in a regular court proceeding would be. The United States Federal Arbitration Act and United States federal arbitration law apply to these Terms. To commence an arbitration proceeding, you must send a notice to us at legal@chaturbate.com. The arbitration will be conducted by the American Arbitration Association (AAA) under its rules, including the Supplementary Procedures for Consumer-Related Disputes, and the Federal Arbitration Act. The AAA rules are available at www.adr.org or by calling 1-800-778-7879. Payment and fees for the arbitration are governed by the AAA rules. We will reimburse the arbitration filing fees for claims less than $1,000 except where the claims are ruled to be frivolous. The arbitration will be held in Los Angeles County, California. Neither party will be entitled to an award of its attorneys' fees or costs incurred in arbitration, except where the court has ruled that the other party's claim is frivolous.

**Regardless of where you reside, to the fullest extent permitted by law, you expressly agree that class action lawsuits, class-wide arbitrations, private attorney-general actions, and any other proceeding where someone acts in a representative capacity are not allowed, nor is combining individual proceedings without the consent of _all_ parties.**

h. **Entire Agreement**. These terms plus any policies referenced herein or on the site represent the entire agreement between you and us. To the extent that there is a conflict between these Terms and any other policy, these Terms will control except where expressly stated to the contrary.

i. **Severability.** These Terms are severable. If any provision or portion of these Terms is held to be invalid or otherwise unenforceable, such provision or portion shall be interpreted to fulfill its intended purpose to the maximum extent permitted by applicable law, or if legally impossible, such provision or portion shall be ineffective only to the extent of such invalidity, and the remainder of these Terms will continue in full force and effect. If any provision or portion of these Terms may be construed in two or more ways, one of which would render the provision invalid or otherwise voidable or unenforceable and another of which would render the provision valid and enforceable, such provision will have the meaning that renders it valid and enforceable.

[ BACK TO TOP ]

| Free Cams by Age | Free Cams by Region | Available Private Shows | Free Cams by Status | Free Cams |
|---|---|---|---|---|
| Teen Cams (18+) | North American Cams | 6 Tokens per Minute | Private Shows | Featured Cams |
| 18 to 21 Cams | Other Region Cams | 12-18 Tokens per Minute | New Cams | Female Cams |
| 20 to 30 Cams | Euro Russian Cams | 30-42 Tokens per Minute | Gaming Cams | Male Cams |
| 30 to 50 Cams | Asian Cams | 60-72 Tokens per Minute | | Couple Cams |
| Mature Cams (50+) | South American Cams | 90+ Tokens per Minute | | Trans Cams |

Swag    Terms & Conditions    Privacy Policy    Support    DMCA / Remove Content
Feedback    Security Center    Law Enforcement    Report Nonconsensual/Abusive Content
Billing    Disable Account    v1 Apps    v2 Apps    Contest    Affiliates    Jobs    Sitemap

Deutsch  English  Español  Français  Italiano  日本語  한국어  Polski  Português  Русский  简体中文  繁體中文

18 U.S.C. 2257 Record Keeping Requirements Compliance Statement

© Copyright Chaturbate.com 2011 - 2025. All Rights Reserved.
www3-ext-4brz:f64d8bb3231c:9515b147d8f1315b-DEN






THE ACT OF MASTURBATING WHILE CHATTING ONLINE



| | |
|---|---|
| Status: | Anonymous | (Log In) |
| You have: | **0 Tokens** | (Get More) |

HOME     DISCOVER     TAGS     PRIVATE SHOWS     FOLLOWING (0/0)     MERCH          SIGN UP

# APPENDIX A TO THE GENERAL TERMS OF SERVICE
# GENERAL ELIGIBILITY RULES FOR CHATURBATE CONTESTS

Any undefined terms in this Appendix shall have the meaning given to them in the Terms

From time to time, we may offer the opportunity for you to participate in contests that shall be administered through the Platform. While the general rules that apply to all contests are presented below, the particular details of any currently running contest can be found on our contest rules page.

1. <u>Entry and Eligibility</u>. Unless otherwise noted in the rules applicable to a specific contest, entry will be limited to Community Members who maintain an age-verified account on the Platform. All registered users of the Platform shall be eligible to participate in any contest, provided that they have complied with the Terms, and provided that such contest is not prohibited in their home jurisdiction. All contests shall be void where prohibited. You will receive notices from us regarding each individual contest and any applicable rules and privacy choices. You may elect to enter such contests at your discretion and may change your mind by sending an email to support@chaturbate.com.

2. <u>Contest Periods</u>. Each contest shall have a posted beginning date. An end date may be provided as soon as practicable after determination but is not required. Each contest shall run for a period of time that begins on the posted beginning date and ends on the posted end date, if any.

3. <u>Conduct</u>. By participating in any contest run on the Platform, you demonstrate your agreement to comply with and be bound by our decisions regarding such contest, which shall be final and binding in all respects. We reserve the right in our sole discretion to disqualify any entrant in any contest who we deem to be: (i) tampering or attempting to tamper with the entry process or the operation of a contest; (ii) violating the Terms or any contest rules; or (iii) acting in an unsportsmanlike or disruptive manner, or with the intent to annoy, abuse, threaten or harass any other person. Any false information provided within the context of the contest by any entrant concerning identity, postal address, or non-compliance with any contest rules may result in the immediate disqualification of an entrant from any contest. We further reserve the right to disqualify any entry that we believe, in our sole discretion, infringes upon any third-party right, violates any law, or otherwise does not comply with these Terms or any contest rule.

4. <u>Prizes</u>. The rules of each contest shall set forth the prizes to be awarded. In the event that there are multiple prizes offered for a particular contest, but there are an insufficient number of eligible entrants in that contest, not all prizes will be awarded. If a winner is not able for whatever reason to accept the prize, we reserve the right to not award the prize or to award the prize to another entrant.

5. <u>Claiming Cash Prizes</u>. In the event that cash prizes are awarded for any contest, no potential prize winner shall be entitled to receive payment, nor shall the Company be liable for any such payment, unless and until the total amount of unclaimed funds associated with your account exceeds Fifty Dollars (USD $50.00). In order to receive cash prizes, potential prize winners will be required to complete a claim form, which will include submission of that person's legal name, a copy of their government-issued photo identification, mailing address, birth date, telephone number, social security number and a selection of a preferred payment method. Claim forms are processed once per month, and claimed cash prizes will be sent using each potential prize winner's chosen payment method on or before the seventh day of the month following receipt of the processed claim form. In addition, depending on the amount of prize winnings claimed, potential prize winners may be required to sign, notarize and return an affidavit or declaration of eligibility, a liability release, IRS Form W-9 and/or provide any additional information that may be required by the Company. Failure to provide any requested information may result in disqualification and selection of an alternate winner.

15

6. <u>No Recourse to Judicial or Other Procedures</u>. To the extent permitted by law, the rights to litigate, to seek injunctive relief, or to any other recourse to judicial or any other procedure in case of disputes or claims resulting from or in connection with any contest are hereby excluded, and you expressly waive any and all such rights. Contests are subject to the dispute resolution procedures outlined in the Terms, of which these rules are a part.

7. <u>General Conditions</u>. All contests are governed by the laws of the State of California. All federal, state and local laws and regulations apply. By participating in any contest, you agree to be bound by the contest rules and by our decisions, which are final and binding on all matters pertaining to that contest. We are not responsible for any typographical or other error in the administration of any contest or in the announcement of any prizes.

[ **BACK TO TOP** ]

**Free Cams by Age**

Teen Cams (18+)
18 to 21 Cams
20 to 30 Cams
30 to 50 Cams
Mature Cams (50+)

**Free Cams by Region**

North American Cams
Other Region Cams
Euro Russian Cams
Asian Cams
South American Cams

**Available Private Shows**

6 Tokens per Minute
12-18 Tokens per Minute
30-42 Tokens per Minute
60-72 Tokens per Minute
90+ Tokens per Minute

**Free Cams by Status**

Private Shows
New Cams
Gaming Cams

**Free Cams**

Featured Cams
Female Cams
Male Cams
Couple Cams
Trans Cams

Swag    Terms & Conditions    Privacy Policy    Support    DMCA / Remove Content
Feedback    Security Center    Law Enforcement    Report Nonconsensual/Abusive Content
Billing    Disable Account    v1 Apps    v2 Apps    Contest    Affiliates    Jobs    Sitemap

Deutsch    English    Español    Français    Italiano    日本語    한국어    Polski    Português    Русский    简体中文    繁體中文

18 U.S.C. 2257 Record Keeping Requirements Compliance Statement

© Copyright Chaturbate.com 2011 - 2025. All Rights Reserved.
www3-ext-b0gg:f64d8bb3231c:9515b8328f189d4c-DEN






THE ACT OF MASTURBATING WHILE CHATTING ONLINE

| | |
|---|---|
| 👤 | |
| Status: | Anonymous | (Log In) |
| You have: | **0 Tokens** | (Get More) |

HOME     DISCOVER     TAGS     PRIVATE SHOWS     FOLLOWING (0/0)     MERCH          

# APPENDIX B TO THE TERMS AND CONDITIONS OF SERVICE AFFILIATE AND REFERRAL TERMS

Any undefined terms in this Appendix shall have the meaning given to them in the Terms

1. <u>License to Promotional Items</u>. All Community Members who are currently in compliance with the Terms are hereby granted a revocable, non-exclusive, non-transferable license to utilize the Platform's name, access and download promotional banners, videos, photographs, other promotional materials, and/or promotional materials created by you, provided that such materials are approved by the Company in writing ("**Promotional Items**"), for use on site(s) or accounts owned by such Community Members ("**Referral Sites**"). The Promotional Items are licensed to eligible Community Members for the limited purposes of advertising, marketing and promoting the Platform. Any and all licenses granted to Community Members pursuant to the Terms shall immediately cease and revert to us upon the termination or cancellation of the Term. You agree not to share any of the Promotional Items with anyone in any way, which is not in accordance with the Terms and applicable law. You hereby acknowledge and agree that all rights to the Promotional Items belong solely to the Company and/or the Company's licensor(s).

2. <u>Keywords; Domain Names</u>. Notwithstanding the foregoing license to use the names of the Platform in connection with referring traffic to the Platform, you are not, as a part of this license, permitted to (i) bid on, purchase or otherwise register/use "Chaturbate," "chaturbate.com," or any other similar spelling, or use same in connection with the words "Official," "Officially" or "Official Site" as keywords or advertising words on any internet search engines, including without limitation, google.com, bing.com, ask.com, yahoo.com, etc.; (ii) use the Platform name in association with any similar or competing website or service; or (iii) register any domain name which incorporates or is a "misspelling" or variation of "Chaturbate." You agree that in the event you violate any part of this section of the Terms, your account will be immediately terminated, any monies earned but not yet paid will be forfeited, and that you will cooperate fully in transferring any items forbidden by this section to the Company as the rightful owner. Subject to the foregoing limitations and pursuant to the license granted herein, eligible Community Members will be permitted to use any website domain name they choose in connection with promoting the Platform, so long as such website domain name(s) registered does not infringe on our or any third party's intellectual property rights, or defame, insult or otherwise harass anyone, and does not promote or suggest any illegal activity.

3. <u>Restrictions</u>. You are prohibited from using any images, videos, text, script(s), applications, logos and functional elements appearing on a Referral Sites, to which you do not have all legal rights, free from any and all encumbrances and third-party claims. For the avoidance of doubt, our provision of live content through the Platform's affiliate API, iFrames, or any other means only authorizes you to use such live content for promotion of Independent Broadcasters who are currently online and broadcasting and **does not** provide you with the right to store the provided content for display after the Independent Broadcasters who created such content have ended their live stream of such content on the Platform. You acknowledge and understand that you should only store an Independent Broadcaster's content, for promotion of the Platform or otherwise, if you have express permission to do so directly from such Independent Broadcaster. Further, you represent and warrant that you will only advertise on services and providers that permit advertisement of services such as the Platform. You understand and agree that if you advertise on any service or provider that does not permit such advertising, your account will be terminated without notice and without payment or liability. Furthermore, you acknowledge and agree that we may, at any time, review the contents of any Referral Site and disapprove of any material thereon that might, in our sole discretion, reflect negatively upon the Platform or violate any portion of the Terms,

17

including any Appendix thereto. Upon request from us, such material must be immediately removed in order for you to remain eligible to receive commissions hereunder.

4. <u>No Cam Clip Site</u>. We do not permit promotion of the Platform through a Cam Clip Site. As used herein, a "Cam Clip Site" shall mean any website comprised substantially of video clips recorded from live cam shows, whether recorded from the Platform or one of the Platform's competitors, even if you have permission to use such video clips from all parties who might claim an exclusive right to the video clips.

5. <u>No Email or Telephone Marketing</u>. We do not permit promotion of the Platform by email or telephone marketing, including by way of example, through use of SMS or MMS. You acknowledge and agree that any email or telephone marketing by you will be grounds for immediate termination of your account without payment. **You will indemnify us for all claims, losses and liabilities relating to or arising out of your violation of this section.**

6. <u>Compliance with Applicable Laws and Data Privacy Regulations</u>. You will comply with all applicable laws in your jurisdiction and those jurisdictions in which you are providing marketing activity. Compliance includes without limitation, your adherence to all email marketing, consumer protection and data privacy laws applicable to your activities. **You will indemnify us for all claims, losses and liabilities relating to or arising out of your violation of this section.**

7. <u>User Referral Link</u>. Each Community Member shall be assigned one or more unique URLs (each a "**<u>User Referral Link</u>**") that must be used when referring new users in order to connect such new users to the Community Member who referred them. Your User Referral Links can be found on the "My Profile" page under the "Share" tab. You acknowledge and agree that we are not obligated to pay any commissions to you for any new user signups or spending that did not directly result from clicking on your User Referral Links.

8. <u>Commissions on User Spending</u>. In order to receive commissions in connection with users referred by you, you must first provide age verification documentation to show that you are at least the Age of Majority. The Company will compensate eligible Community Members, subject to the terms of this Appendix B in all respects, a commission for certain types of referrals generated by such eligible Community Members, as set forth in further detail below:

   a. Definition of Adjusted Gross Receipts. As used herein, "**<u>Adjusted Gross Receipts</u>**" means gross payments received from a subject user, less any chargebacks (including amounts paid as a result of credit card abuse or fraud, or paid to such subject user by us to settle a claim involving the allegation of credit card or other abuse or fraud) or any uncollectable revenue attributable to the subject user.

   b. Paying User Referrals. As used herein, a "**<u>Referred User</u>**" means an Internet user who creates a new Chaturbate user account as a result of clicking an existing Community Member's User Referral Link but not as a result of being encouraged, directed, or in any way assisted, directly or indirectly, to create a new account in order to redirect amounts which may be owed to another Community Member. Eligible Community Members will receive a commission equal to 20% of Adjusted Gross Receipts paid by each of their Referred Users to the Platform. A Referred User will not include any user who was previously banned from the Platform and who is attempting to access it using different credentials.

   c. Paying Sub-Referrals. Eligible Community Members will receive a commission equal to 5% of the amount of commissions paid to their Referred Users for payments received from Internet users who create new Chaturbate User accounts using the Referred user's User Referral Link.

   d. Performing User Referrals. As used herein, a "**<u>Referred Independent Broadcaster</u>**" means an internet user who creates a new user account by clicking on an existing Community Member's User Referral Link and who verifies the account for purposes of collecting payment by completing the Platform's age verification process. Eligible Community Members will receive a one-time Fifty Dollar (USD $50.00) commission for each of their Referred Independent Broadcasters who subsequently earns a minimum amount that we will establish, from time to time, in our sole discretion. Studio accounts are not eligible for independent broadcaster referral commissions.

   We reserve the right to modify these amounts at any time without further notice to you.

9. <u>Commissions on Number of Signups; Countries and Tiers</u>. Certain Community Members may be eligible for commissions based on the number of Internet users who create an account with the Platform after being referred by a current Chaturbate Community Member. The amount of commission will depend upon the country in which the referred Internet user resides, as described more fully below. As applicable, a commission of One U.S. Dollar (US $1.00) will be paid for Referred Users from a Tier 1 country, Ten U.S. Cents (US $0.10) for Referred Users from a Tier 2 country, and One U.S. Cent (US $0.01) for Referred Users from a Tier 3 country.

We reserve the right to modify these amounts at any time without further notice to you.

    i. No commission will be paid for a Referred User residing in a country not found in Tier 1, Tier 2, or Tier 3 below.

    ii. The following countries have been assigned to their respective Tiers as indicated below. We reserve the right to modify the countries belonging to each tier at any time without further notice to you.

        1. Tier 1: Netherlands Antilles; Austria; Australia; Belgium; Canada; Switzerland; Germany; Denmark; Finland; Falkland Islands (Malvinas); Faroe Islands; France; United Kingdom; Guernsey; Gibraltar; Greenland; Ireland; Iceland; Jersey; Japan; Liechtenstein; Luxembourg; Netherlands; Norway; New Zealand; Qatar; Sweden; Singapore; San Marino; United States Minor Outlying Islands; United States; United States Virgin Islands

        2. Tier 2: United Arab Emirates; Aruba; Brunei Darussalam; Brazil; the Bahamas; Cyprus; Spain; Equatorial Guinea; Greece; Hong Kong; Israel; Isle of Man; Italy; South Korea; Kuwait; Cayman Islands; Macau Macao; French Polynesia; Puerto Rico; Portugal; Slovenia; British Virgin Islands

        3. Tier 3: Antigua and Barbuda; Anguilla; Barbados; Bahrain; Cook Islands; Chile; Czech Republic; Estonia; Guam; Croatia; Hungary; Saint Kitts and Nevis; Lebanon; Lithuania; Latvia; Northern Mariana Islands; Malta; Mexico; New Caledonia; Oman; Poland; Russian Federation; Saudi Arabia; Seychelles; Slovakia; Turkey; Trinidad and Tobago; Taiwan; Uruguay; Venezuela, Bolivarian Republic of

10. <u>Commission Payouts</u>. Periods for eligible Community Members to accumulate commissions run from the 1st through the 15th and the 16th through the 31st day of each month. Commission payments will be made to eligible Community Members within seven days after each period is closed. In the event that you accumulate a commission, you will not be entitled to receive payment, nor shall the Company be liable for any such payment, unless and until the total amount of accumulated funds associated with your account exceeds Fifty U.S. Dollars (USD $50.00). In order to receive cash commissions, you may be required to complete a one-time claim form, which might include submission of your legal name, a copy of your government-issued photo identification, mailing address, birth date, telephone number, social security number and a selection of a preferred payment method. In addition, depending on the amount of commissions accumulated, you might be required to sign, notarize, and return an affidavit or declaration of eligibility, a liability release, an IRS Form W-9 and provide any additional information as may be required by the Company. Failure to provide any requested information may result in forfeiture of any unpaid commissions. We reserve the right to charge a $10.00 payment reissue fee for replacing lost or misplaced payments that had previously been issued; this fee is assessed at time of reissue.

11. <u>Invalid Referrals</u>. You acknowledge and agree that you shall not be entitled to any compensation from the Company for any referral if the Company determines or believes, in the Company's sole discretion, that such referral is the result of possibly fraudulent activity or any violation of this Appendix B or any other part of the Terms.

12. **<u>CALIFORNIA-BASED COMMUNITY MEMBERS</u>. YOU ACKNOWLEDGE AND AGREE THAT YOU ARE AWARE OF CALIFORNIA ASSEMBLY BILL 5 ("AB5") AND ITS REQUIREMENTS FOR CLASSIFYING WORKERS AS INDEPENDENT CONTRACTORS. GIVEN THAT YOU, IN PROMOTING THE PLATFORM, ARE ENGAGED IN AN INDEPENDENT BUSINESS SEPARATE FROM COMPANY'S CORE BUSINESS OF OPERATING A SOFTWARE PLATFORM, ARE AT ALL TIMES FREE FROM THE COMPANY'S CONTROL IN PROMOTING THE PLATFORM (SUBJECT ONLY TO THE RULES AND STANDARDS IN PLACE TO ENSURE COMPLIANCE WITH LAW), AND ARE AT ALL TIMES FREE TO PROMOTE OTHER WEBSITES OR PLATFORMS, YOU AGREE THAT, UNDER THE CRITERIA OF AB5, YOU ARE NOT AN EMPLOYEE OF THE COMPANY AND AFFIRMATIVELY STATE THAT IT IS**

**YOUR PREFERENCE TO BE CLASSIFIED AS AN INDEPENDENT CONTRACTOR AND NOT AS AN EMPLOYEE OF THE COMPANY.**

[ BACK TO TOP ]

| Free Cams by Age | Free Cams by Region | Available Private Shows | Free Cams by Status | Free Cams |
|---|---|---|---|---|
| Teen Cams (18+) | North American Cams | 6 Tokens per Minute | Private Shows | Featured Cams |
| 18 to 21 Cams | Other Region Cams | 12-18 Tokens per Minute | New Cams | Female Cams |
| 20 to 30 Cams | Euro Russian Cams | 30-42 Tokens per Minute | Gaming Cams | Male Cams |
| 30 to 50 Cams | Asian Cams | 60-72 Tokens per Minute | | Couple Cams |
| Mature Cams (50+) | South American Cams | 90+ Tokens per Minute | | Trans Cams |

Swag     Terms & Conditions     Privacy Policy     Support     DMCA / Remove Content
Feedback     Security Center     Law Enforcement     Report Nonconsensual/Abusive Content
Billing     Disable Account     v1 Apps     v2 Apps     Contest     Affiliates     Jobs     Sitemap

Deutsch   English   Español   Français   Italiano   日本語   한국어   Polski   Português   Русский   简体中文   繁體中文

18 U.S.C. 2257 Record Keeping Requirements Compliance Statement

© Copyright Chaturbate.com 2011 - 2025. All Rights Reserved.
www3-ext-ffb3:f64d8bb3231c:9515b9747b349d4c-DEN






THE ACT OF MASTURBATING WHILE CHATTING ONLINE



Status:    Anonymous                    (Log In)
You have:  **0 Tokens**                 (Get More)

HOME    DISCOVER    TAGS    PRIVATE SHOWS    FOLLOWING (0/0)    MERCH              SIGN UP

# APPENDIX C TO THE TERMS AND CONDITIONS OF SERVICE CHATURBATE COMMUNITY CODE OF CONDUCT

This Chaturbate Community Code of Conduct (this "**Code of Conduct**") forms an essential part of the Terms and Conditions of Service (the "**Terms**"). Any undefined terms in this Code of Conduct shall have the meaning given to them in the Terms. By using the Platform, you agree to abide by and be bound by this Code of Conduct. Any breach by you of this Code of Conduct is a material breach of the Terms and can result in your immediate account suspension or termination, a lifetime ban from the Platform and other potential civil and criminal legal action depending on the nature of your violation.

1. **User Conduct**

   You agree that you will comply with the following:

   i. You will follow all applicable laws when using the Platform and will not use the Platform for any unlawful purpose. This includes without limitation, any use that would subject us to criminal or civil liability.

   ii. You will not allow anyone to have access to your username or password and will maintain the safety and security of your login information to prevent any unauthorized access. You will not attempt to, or actually use, any other Community Member's Account. You may not transfer your Account(s) to any other person.

   iii. You are entirely responsible and liable for all activities conducted through your Account when interacting with others on the Platform. **YOU WILL NOT SHARE, DISCUSS, OR REQUEST ANY CONTENT THAT IS INFRINGING, DEFAMATORY, OBSCENE, LEWD, VIOLENT, HARASSING, DISCRIMINATORY (RACIST, SEXIST, TRANSPHOBIC, ABLEIST, ETC.), INVASIVE OF PRIVACY RIGHTS, UNLAWFUL, OR OTHERWISE OFFENSIVE.**

   iv. You agree to keep all information contained on or provided through the Platform as private and confidential and agree not give such information to anyone without the permission of the person who provided it to you.

   v. You will not record or otherwise capture any of the content shared and/or streamed by any other user of the Platform for any reason.

   vi. You will not use the Platform to infringe on any privacy right, property right, or other civil right of any person. Similarly, you will not use the Platform to illegally obtain, create or distribute unlawful copies of copyrighted material. This includes without limitation the posting or requesting of materials that either you or the party you are requesting them from, do not have any legal right to obtain.

   vii. You will not use the Platform to publish or forward any chain letters, advertisements, spam, or any similar commercial message. You will not send unsolicited communications to any Community Member except as part of the normal chat service.

   viii. You will not take any action to mask your identity such as using fake or doctored profile information, faked headers or other mechanisms used to conceal the source of any communication.

   ix. You will not appear in service uniforms including, by way of example only, military uniforms or religious attire.

x. You will not use any automated (or semi-automated) means to unfairly enhance an account; such as creating a false impression of traffic to any chatroom, or artificially increasing follower count.

xi. You will not create additional accounts in an attempt to circumvent a ban by us or another Community Member.

xii. You will not use the Platform to send or request any obscene materials, including without limitation, child sex abuse materials (CSAM); any form of non-consensual content (including so-called "revenge porn") or other abuse of any kind; violent content; hateful or inflammatory content that incites violence towards a person or group. You will not allow any person below the Age of Majority to appear in any Community Member Content or allow any such person to access or use the Platform.

xiii. You will not use the Platform to obtain personal data or usage information, either by manual or automated means, and regardless of whether or not such data is aggregated and anonymized or identifiable. You may not use automated tools to collect data such as robots, crawlers or other data mining tools.

xiv. You will not attempt to defeat any security features of the site or reverse engineer any code or content. You will also not post any links to third party site, or introduce any malicious code in any way to the Platform.

xv. You will only use the Platform for your personal enjoyment. You will not commercially exploit, otherwise sell, reproduce in any manner, or link to (including framing the site in any other website or content regardless of whether proper attribution is given) any Community Member Content, any communication made within the Platform, or any portion of the Platform.

xvi. You will not take any actions which in and of themselves, or together with other actions would directly or indirectly violate our Privacy Policy.

xvii. You will not reveal any personally identifiable information about any Community Member (i.e. doxing) or request any such information.

xviii. You will not use the Platform to offer, discuss or arrange for prostitution, escort services or any other type of compensation for meeting type arrangement.

xix. You will not use the Platform to solicit other Community Members or Broadcasters to engage in any other type of illegal conduct, or to sell or purchase firearms, other weapons, or controlled substances.

xx. Independent Broadcasters may exchange information with Community Members, including contact information, but Independent Broadcasters MAY NOT use Community Members' information to provide webcam shows or receive payments outside of the Platform. If an Independent Broadcaster sells something to a Community Member (such as the Independent Broadcaster's underwear) or enters into any other transaction with a Community Member, the sale must be completed in exchange for tokens.

xxi. You will not advertise commercial websites that offer live webcam streams, under any circumstances; but Community Members are allowed to mention their own personal profiles, homepages and wish lists.

xxii. You will not make any statements, written or verbal, or cause or encourage others to make any statements, written or verbal, which defame, disparage, or in any way criticize the Platform or the Company.

2. **Rules for Community Member Content**

The Platform maintains basic rules with respect to Community Member Content. All Community Members are required to adhere to these rules. The following acts/content are strictly prohibited, and no Community Member may post or broadcast these on the Platform or solicit any other Community Member to post or broadcast the same.

i. Obscenity. For the purpose of this provision, obscene materials include without limitation any actual or simulated scatological, rape, incestual (and depictions of incest), child pornography (or

any depiction of child pornography), bestiality, and other actions or materials which may be deemed obscene or illegal in your community.

ii. Depictions of actual or simulated illegal and unsafe actions, including, but not limited to: violence, blood, torture, cutting, extreme blood restriction, pain, asphyxiation, fisting, rape themes, or any actions associated with causing physical or emotional harm. Illegal drugs (or drugs that may be perceived as illegal in certain locations, such as medicinal marijuana) are strictly prohibited.

iii. Community Members may not broadcast, upload, or offer any content referencing or depicting menstruation, vomit, feces, or urine.

iv. Community Members may not broadcast, upload, or offer any content referencing or depicting "bukkake" or "goatse" (also called "gaping").

v. Overly large sex toys or animal-shaped sex toys may not be used on camera, and objects may not be used as sex toys unless they are normally marketed and sold for that purpose. Email support@chaturbate.com for authorization and provide a detailed proposal to incorporate any type of mechanical device, tool, "sex machine" or other unusual equipment into your performance (whether controlled by you or controlled remotely by Community Members). We may require you to sign a waiver and release of liability in order to use certain devices on the Platform, and any authorization or permission we give to you may be revoked by us at any time and for any reason, without notice, in our sole and absolute discretion.

vi. CSAM of any type and depictions of minors (actual or simulated) on the Platform and in any Community Member Content are strictly prohibited. There can be no actual or simulated minors, children, babies or unauthorized persons on camera or in the same room. This limitation includes but is not limited to the offering, role play (whether by clothing, make-up, image filters, artificial intelligence or otherwise), and/or discussion of minors. In the event of a breach of this rule, we will immediately report you to NCMEC and any and all law enforcement that we consider appropriate in our sole and absolute discretion.

vii. Content may only contain Independent Broadcasters who are clearly recognizable as the Independent Broadcasters associated with the account sharing the Content.

viii. Performing while intoxicated, whether from alcohol or drugs (prescription, legal or illegal), is strictly prohibited.

ix. Offensive and/or degrading conduct such as the use of degrading or verbally abusive dialog or offensive roleplay such as ethnic or racial roleplay.

x. Sleeping on camera (whether real or acting/pretending) is not permitted.

xi. Independent Broadcasters may not broadcast from any public place, or from a studio or set that creates the impression that the Independent Broadcaster is in a public place. This prohibition includes, by way of example only, public areas such as beaches, hiking trails, changing rooms, or public restrooms. Independent Broadcasters may not broadcast from public or public appearing locations unless they are on private property with the owner's consent, and in an area not visible from any neighboring property. Independent Broadcasters may be required to provide documentation or images to demonstrate that a public appearing location is not actually public.

xii. Live streaming or broadcasting recorded content (or any other type of non-interactive content) is not permitted. You may only share recorded video through your bio/profile page. Independent Broadcasters may, upon concept review by our support team, utilize cartoons, avatars, and other interactive digitally created images provided that such cartoons, avatars, or images comply with this Code of Conduct as well as the Terms.

These lists are not exclusive, and we may, at any time, prohibit any activity that we determine, in our sole and absolute discretion, to be inappropriate. We reserve the right to terminate or suspend your access to all or part of the Platform at any time, with or without notice, for engaging in any inappropriate activity.

[ BACK TO TOP ]

**Free Cams by Age**

Teen Cams (18+)
18 to 21 Cams
20 to 30 Cams
30 to 50 Cams
Mature Cams (50+)

**Free Cams by Region**

North American Cams
Other Region Cams
Euro Russian Cams
Asian Cams
South American Cams

**Available Private Shows**

6 Tokens per Minute
12-18 Tokens per Minute
30-42 Tokens per Minute
60-72 Tokens per Minute
90+ Tokens per Minute

**Free Cams by Status**

Private Shows
New Cams
Gaming Cams

**Free Cams**

Featured Cams
Female Cams
Male Cams
Couple Cams
Trans Cams

Swag    Terms & Conditions    Privacy Policy    Support    DMCA / Remove Content
Feedback    Security Center    Law Enforcement    Report Nonconsensual/Abusive Content
Billing    Disable Account    v1 Apps    v2 Apps    Contest    Affiliates    Jobs    Sitemap

Deutsch  English  Español  Français  Italiano  日本語  한국어  Polski  Português  Русский  简体中文  繁體中文

18 U.S.C. 2257 Record Keeping Requirements Compliance Statement

© Copyright Chaturbate.com 2011 - 2025. All Rights Reserved.
www3-ext-xlxk:f64d8bb3231c:9515b8eb6e2a9d4c-DEN






THE ACT OF MASTURBATING WHILE CHATTING ONLINE

| | |
|---|---|
| Status: | Anonymous |
| You have: | **0 Tokens** |

(Log In)
(Get More)

HOME    DISCOVER    TAGS    PRIVATE SHOWS    FOLLOWING (0/0)    MERCH          SIGN UP

# Privacy & Cookies Policy

This Privacy & Cookies Policy (the "Policy") dated November 8, 2023 replaces all previous policies. Please take the time to review before you continue to use our products and services.

This Policy applies to any information you provide to us, including through this website, our mobile apps, communications by email and through social media, by telephone and in person. It also covers any information we receive from third parties.

By using our products and services, including browsing our websites, registering or logging in, you agree we may use your information as outlined in this Policy. If you do not wish to have your information used in line with this Policy, you must not use our products and services and not otherwise provide us with your information.

## About us

Multi Media, LLC operates the software platform located on Chaturbate (the "Platform").

## Information we may collect and process about you

- Information you provide to us, including by way of example only, your username, email address, date of birth, and images and content you may share including age verification related content.
- Your IP address.
- Information with respect to accounts you've visited, products and services you've clicked on or shown an interest.
- Information, communications, and content you share through your account.
- Information, communications, and content stored and/or saved through your account.
- Information provided by other companies who have obtained your permission through their own privacy policies to share information about you.
- Information about your interaction with the Platform including any advertisements.
- Information we collect using cookies stored on your device about your use of the Platform and/or selected third party websites.
- Information we collect or remember using technologies similar to cookies, such as device identifiers on your mobile device.
- Technical information from your device relating to the service(s) you receive and/or access.
- Your communications with billing and support team members.
- Information relating to the location of your device.

## How we may use your information

### General Site Administration

By accessing the Platform, you agree that we may collect, hold, use, and otherwise process your content, data, communications, and information (including personal information) for the purpose of providing you with those

products and services you request and/or access, as well as developing and operating our business. By providing us with your email address, you agree to receive emails from us or sent on our behalf providing you with messages regarding your account including, but not limited to, purchase confirmations, renewal confirmations, warnings, alerts (including alerts related users streaming broadcasts or content submissions), and newsletters. Should you determine to provide an email address, you may change your email address at any time.

## Payment Processing

Please note that we contract with various third parties to carry out payment processing in connection with any purchases you may make through the Platform. The processing and storage of any and all information you may provide to any such third-party payment processor, including information they may collect from you, is not governed by this Policy. You will need to review the Privacy and Cookie Policy for such third party on their website.

## Two Factor Authentication

When you enable two factor authentication to protect your account and select to associate a phone number with your account, you are adding this number to your account as well as providing it directly to a third party called Twilio. Their use of this information is outside of this Policy; however they do not receive any information regarding your account beyond the phone number you provide directly to them.

## Fraud Prevention Services

We use third-party services in connection with preventing fraud and other damage to the Platform and systems. As such we may provide such services with your IP and device and access data to detect and prevent potential fraudulent or other abusive activity which activity may be damaging to the Platform and/or its members. This information will be retained indefinitely for the protection of the Platform and its users.

## Content Assurance

All content, whether written, live, recorded, through photographs or otherwise, is subject to both automated and manual review to ensure that all such content complies with the Chaturbate Terms. For individuals who broadcast and elect not to share their face, including, by way of example, of wearing a mask or only broadcasting from a limited viewpoint, such individuals may receive periodic interruptions requesting a selfie to confirm their Age of Majority (as such term is defined in the Terms). These images are retained internally as a part of age verification records for review by our trained age verification team.

## Registration Information and How it May be Used

General account registration: You will be required to provide a username and date of birth to demonstrate you meet the minimum age requirements set forth in the Terms & Conditions which is maintained internally for account access purposes. You will also be required to provide certain information that will be posted on your bio and is considered public information including an age through your bio page (note that this does not have to be your real age provided that you do not use the age function to suggest you ever accessed the Platform prior to reaching the Age of Majority) and gender information including your gender (which may be updated as and when you feel appropriate provided it is not used abusively), and what genders you are interested in communicating with. This information, together with any information you determine to provide in your account profile, (including by way of example only, your location and other optional data like "about me" and any wishlist(s)) will be publicly posted in connection with your username and is considered public information as set forth below, regardless of the use of a password on your profile.

Independent Broadcaster registration: In addition to the general account registration information above, you will be required, as more fully detailed below, to provide a color copy of your current government-issued photo identification together with a brief live video and/or burst of images of yourself. This information is retained by us in compliance with United States Federal law which, as of the date of this policy, requires all age verification documentation and images be retained for a period of seven (7) years from the date content was last made available through your account. Unless you elect to associate with a studio, before you can receive payment, you

will be required to provide "pay to" information such as a bank account or home address. If you elect to have someone else (such as a business or romantic partner) receive payment, this individual will also be required to provide age verification information through your account. You may be required to provide certain taxpayer information. We report to the United States Internal Revenue Service, and all foreign countries' equivalent services/agencies as we may deem required or appropriate, all moneys through the Platform to Independent Broadcasters.

Independent Affiliates: Should you determine to create an independent advertiser affiliate account with the Platform, you will be required to provide "pay to" information such as a bank account or home address. You may be required to provide certain taxpayer and age verification information, including completing the age verification process required of Independent Broadcasters. We report to the United States Internal Revenue Service, and all foreign countries' equivalent services/agencies as we may deem required or appropriate, all moneys through the Platform to Independent Broadcasters.

## Public Information

The Platform may provide message boards, blogs, chat, private/direct messaging, tip notes, content streaming, image sharing, and other user generated content facilities, in addition to user profiles. Anything that you share through any of these means is deemed public information regardless of your use of a password or other function to restrict users' ability to view. You should always be careful when deciding to disclose your personal information. All public information is subject to review and monitoring for compliance with the Chaturbate Terms. Additionally, as noted in the Terms, we would remind you to exercise caution in sharing off-Platform links and methods of communication as 1. Sharing such information may intentionally or unintentionally disclose personally identifying information and 2. We are, with very rare exceptions, unable to assist with such links and communications because we are unable to verify any purported screen captures provided to us. When you purchase and tip tokens to other independent broadcasters and/or when you purchase a Platform subscription or fan club membership, this may change the color of your username based upon such activity.

## Certain Information Use Out of Our Control

As noted above, all content and information shared through the Platform (other than your government issued identification and selfie submitted in the Independent Broadcaster and/or Independent Affiliate age verification account creation process) is considered public information. Should you determine to broadcast, upload, or otherwise share any content to the Platform, you understand that we cannot control the use of such public information by any user/observer of the Platform. Furthermore, we cannot control the use of any personal information you may determine to share, either intentionally or unintentionally, with other users/observers of the Platform. You should exercise caution in discussing your location, name, account information, and other identifying information. For privacy, we recommend using a unique username not in any way tied to any of your social media accounts or real name.

## Location Based Services

Where we provide services that utilize your device's location, we may permit other users of the service to block individuals in certain locations, based upon their IP, from accessing such users' content.

## Community Support

From time to time we may, directly or through one or more third parties, provide billing and other support to members and viewers of the Platform. Because we provide support to members and viewers, rather than "customer support" we refer to this service as "community support." By contacting and/or reaching out to the Platform's community support team(s), you understand that all such communications are subject to recording and monitoring by us and by the applicable third-party service provider, if any. All such communications may be retained and referenced for internal purposes as well as for future community support issues.

## How we may share your information

Your username will be associated with all activities you undertake on the Platform including, without limitation, messages sent, content shared, and broadcast content. Your gender information is shared through your account and will be used to categorize your account and the content that you share so it is easier for Platform users to find. Your IP addresses, device data, and other use information are used by us in order to optimize the Platform for use. Your usage history may also be used to help our internal algorithm to recommend other Platform users to you. Your information may also be shared with third parties with whom we contract to provide certain services on our website such as third-party hosting services and site optimization services. Your "pay to" information, if provided to us, will be shared with third parties (such as, by way of example only, our banking and other financial services providers) only as necessary to process payments to you using the "pay to" information you have provided. All records collected in compliance with the Regulations, as such term is defined below, will be shared as required to comply with applicable law and regulations and as may be requested by you in writing. Notwithstanding the forgoing, we reserve the right to share any and all account information as we deem appropriate – in response to written request(s) from law enforcement or other third parties; should we believe, in our sole discretion, that you or your account may be involved with illegal activity; or, if we determine, in our sole discretion, that such disclosure is necessary to protect the rights or property of Chaturbate, Platform users, and/or third parties.

## Safeguards and security for your information

We have measures in place to protect the security of your personal information from unauthorized access or use, such as by using encryption technology.

## Information Deletion

Should you request your personal data be deleted, it will be deleted in compliance with our data retention policy and applicable law and rules. In order to avoid abuse of the Platform and to avoid anyone impersonating you, your username will be retained. If your use of the Platform is restricted for any reason (including, by way of example only, a suspension, ban, limitation on number of accounts, or otherwise) at the time you request deletion of your account and/or personally identifying information, your status with the Platform may be converted to a permanent ban and, whether or not the restriction is converted to a permanent ban, minimal records related to your account and restrictions will be retained as necessary to maintain your restrictions for the duration of the applicable restrictions. In the event that you have tokens, purchases/subscriptions, or content associated with your account at the time you request deletion, by requesting deletion you are agreeing that all such tokens, amounts, and content are being forfeited by you to us and that you shall not be entitled to any transfer or refund. You understand that requesting deletion of your account will not in any way require the deletion of records we believe necessary to comply with the Regulations; provided that we will only retain such records as required by the Regulations which Regulations may be amended or even replaced from time to time.

You can request permanent deletion using the Platform's deletion tool here.

## Biometric and AV Documents Policy

### Biometric Data Collection and Storage Policy

This Biometric Data and AV Documents Collection and Storage Policy (the "Policy") last updated July 28, 2023, applies to your use of Multi Media, LLC's ("we," "us," or "our") interactive chat platform available through Chaturbate.com (the "Platform"). Please take the time to review before you proceed with submitting your AV Documents. As used herein "AV Documents" refers to all images you may submit to us either directly or through a third party intended to comply with our age verification requirements which currently require a clear color image of your unexpired government-issued photo identification containing a recent and recognizable photo of you, together with a live burst/series of images taken of your 'Selfie'. Your 'Selfie' will be displayed on your account's age verification page, as well as used by the Chaturbate compliance team to ensure compliance with the Chaturbate Terms related to your broadcasts and/or Affiliate Referral payouts.

We use technology from Incode Technologies, Inc. ("Incode") for identity verification, fraud prevention, and security purposes, ("Services"). Company and/or Incode may collect and generate biometric identifiers and biometric information, such as your faceprint ("Biometric Data"), a selfie image, and, where applicable,

information from your government-issued identification or your interactions with Incode and Company systems while onboarding (collectively with Biometric Data, "Personal Data") for the Services, and may disclose such data to service providers or government entities as required. Learn more about how your Personal Data is processed, including retention, Company's and/or Incode's terms, including mandatory arbitration and class action waiver, and data processing practices and deletion in this Policy and Incode Privacy Notice.

By ticking the box consenting to this Policy during the account creation process, you accept providing us with your identification Personal Data, including your Biometric Information, for Company's and Incode's collection, storage, retention, use, transfer and disclosure of such information to provide the identity verification services, consistent with this Policy and Terms & Conditions which you may find at https://chaturbate.com/terms/. Even if you consent, you have the right to request the withdrawal of your consent at any time by either deleting your account or disassociating your Person Code from an account with the understanding that we may be required to retain certain information in connection with age verification and other obligations.

If you do not wish to have your information used in line with this Policy, and Incode's Privacy Policy, you must not submit AV Documents.

## What is Biometric Data

Biometric data is any biological characteristics of a person, or information based upon such a characteristic, including characteristics such as those defined as "biometric identifiers" and "biometric information" under the Illinois Biometric Information Privacy Act, 740 ILCS 14/1, et seq. "Biometric identifier" means a retina or iris scan, fingerprint, voiceprint, or scan of hand or face geometry. "Biometric information" means any information, regardless of how it is captured, converted, stored, or shared, based on an individual's biometric identifier used to identify an individual.

## Biometric Data We May Collect and Process

When you submit AV Documents either directly to us or through a secure third party, including Jumio Corporation, a three-dimensional scan of your face geometry will be taken. You will be prompted to take a short burst/series of images of your face using the camera on your mobile device or other internet connected webcam. We, directly or through a secure third party, may also collect a similar face geometry during your live video broadcasts on the Platform for comparison to the biometric data collected during submission of your AV Documents.

## Why is Biometric Data Collected?

Your biometric data is collected and used for age verification purposes in furtherance of our age verification procedures and practices, which exist to prevent underage and other unauthorized use of the Chaturbate platform. This information is used to further ensure that the individual providing the AV Documents is the person depicted in such documents and the person accessing the account(s) with which such documents are associated.

## How is Your Biometric Data Stored?

The photo of your face from your AV Documents (the "Selfie") will be cropped and stored separately from your original AV Documents and made available through a secure, close-ended system to our team of reviewers to confirm that you are the person appearing through your account. Your AV Documents with your date of birth and real name will be stored separately in a secure system. Your AV Documents will only be reviewed by members of our team engaged in age verification and routine audits of previously submitted age verification. Any and all biometric data generated from your AV Documents (the "Biometric Data") is also stored securely and separately apart from your Selfie. The Biometric Data will only be used to verify your identification and, if and when the technology is implemented, to automatically review your live and recorded content to confirm you are the individual in such content.

## How Long is Your Biometric Data Stored?

Your Biometric Data will be retained for the same period as your AV Documents which documents are retained as require by 18 USC § 2257 and its regulations (the "Regulations"). As of the date this Policy is written, the Regulations require that age verification documentation be retained for a period of seven (7) years from the last time content was available through your account(s).

## Person Code

For each individual who successfully completes the required age verification procedures, such individual will be provided with a personal code number ("Person Code") which such individual can use to track him/her/themself across accounts as well as in interactions with the customer support team. Each Person Code is unique and associated with only one individual. You should keep your Person Code confidential. Please note that for your security, in your dealings with the customer support, age verification, and other teams, you may still be required to provide additional information in order to verify you are the person associated with the Person Code.

## No Obligation to Accept AV Documents

Notwithstanding anything herein to the contrary, we reserve the right to specify which government issued identification may be accepted based upon your location and our sole determination of the reliability of such documentation. As an example of documentation we do not accept, by way of example only and not limitation, we do not accept handwritten and/or paper documents.

Additionally, as more fully detailed throughout the Platform, particularly during the age verification process, the acceptable government-issued identification must contain a photograph of you that is both recent and recognizable. Again, by way of example only, identification containing photos of you as a young minor or photos from several years ago, regardless of your current age or age at the time the image was taken, may be rejected under this requirement. Additionally, by way of further example only, identification containing recent images which do not reflect alterations (such as surgeries, piercings, tattoos, or other modifications, whether temporary or permanent) in your face may also be rejected.

## Cookies Policy

You should be aware that when you use the Site we may collect information using cookies or similar technologies.

## What are cookies and how do they work?

Cookies are small files that are downloaded to your computer or mobile device when you visit a website. Your browser sends these cookies back to the website every time you visit the site again, so it can recognize you. This allows websites to tailor what you see on the screen.

## Do we use other technologies which are similar to cookies?

Our websites, apps and emails often contain small invisible images known as 'web beacons' or 'tracking pixels'. These are used in a way similar to cookies, to understand when a particular part of a webpage is viewed. Our apps often use device identifiers in the same way as cookies. A device identifier is a unique number on your device which allow us to remember your device.

## What do we use cookies for?

Cookies make using websites much smoother and affect lots of the useful features of websites. There are many different uses for cookies, but they fall into four main groups:

   i. Cookies that are needed to provide the service you have asked for. Some cookies are essential so you can move around the website and use its features. Without these cookies, services you've asked for can't be provided. These cookies gather information about you that can be used for remembering your browsing history or allowing you to stay logged in during your visit.

30

ii. Cookies used to improve your browsing experience. These cookies allow the website to remember choices you make, such as your language or region and they provide improved features such as content provider recommendations and limiting the number of times a particular advertisement is shown to you.

iii. Cookies used to understand how people use our products and services. This allows us to keep track of what pages are popular to help other users find such pages.

iv. Cookies used to show advertising that is relevant to you based upon your viewing history.

We also use cookies in order to know how many advertisements we serve, how many times these are clicked or hovered over with a mouse cursor, how many advertisements we show to a given user and how many customer actions these generate.

We may also use cookies on the Site and advertisers' sites to understand which customers reach a sale or other action page on an advertiser's site. This allows us to monitor how effective our advertising is.

Some of our web pages will contain promotional links to other companies' sites. If you follow one of these links and then register with or buy something from that other site, a cookie is sometimes used to tell that other site that you came from one of our sites. Such other site may then pay us a small amount for the successful referral. You will need to review the privacy policy of any website whose advertisement you click on as this Policy only applies to pages on our domain.

## Contacting us and accessing your personal information

If you wish to review or receive a copy of the personal information we hold about you, we offer a self-serve tool **here**

If you have any queries or comments about this Privacy & Cookies Policy OR if you wish to review or receive a copy of the personal information we hold about you, please write to us at:

> Attention: Data Protection Officer
> Multi Media LLC
> 23615 El Toro Road #X344
> Lake Forest, CA 92630, USA
> privacyquestions@chaturbate.com

We reserve the right to charge an administration fee in relation to fulfilling a request for access to personal information which fee shall not exceed the maximum fee allowed by law.

## Changes to this Privacy & Cookies Policy

We reserve the right to make changes to our Privacy & Cookies Policy. Changes to this policy will be posted here and will become effective as of the updated effective date. Your continued use of our website or platform will signify your acceptance of these changes.

## Residents of the State of California.

Under the California Consumer Privacy Act, you have certain rights with respect to the personally identifying information you provide to us.

Copies of Your Personally Identifying Information.

For free, up to two times in any twelve-month period, you are entitled to obtain the following information for the immediately preceding twelve month period:

1. The categories of information we have collected about you;

2. The categories of sources of the information we have collected about you;

3. The purpose for which we have collected such information about you;

4. A copy of the personally identifying information we have collected about you; and,

5. To be informed if we have sold or disclosed your personally identifying information to a third party and for what purpose.

In order to obtain a copy of this information with respect to your account, you may email or call using the following information:

Toll-Free phone number: (877) 338-7068

Email address: support@chaturbate.com

For your privacy and protection, we will require certain information to confirm that it is you, the accountholder, requesting the information. If there is no information associated with your account that we can verify, such as your email address or other information, we may be unable to complete your request. For your protection, responsive information will only be delivered to the email address assigned to the subject account. For an email address to be "assigned to an account" as used herein, it means the email address to which you receive account security notifications such as account recovery instructions; it does not mean the email address you may have provided in completing your Independent Broadcaster Agreement, if you completed an Independent Broadcaster Agreement.

[ BACK TO TOP ]

| Free Cams by Age | Free Cams by Region | Available Private Shows | Free Cams by Status | Free Cams |
|---|---|---|---|---|
| Teen Cams (18+) | North American Cams | 6 Tokens per Minute | Private Shows | Featured Cams |
| 18 to 21 Cams | Other Region Cams | 12-18 Tokens per Minute | New Cams | Female Cams |
| 20 to 30 Cams | Euro Russian Cams | 30-42 Tokens per Minute | Gaming Cams | Male Cams |
| 30 to 50 Cams | Asian Cams | 60-72 Tokens per Minute | | Couple Cams |
| Mature Cams (50+) | South American Cams | 90+ Tokens per Minute | | Trans Cams |

Swag     Terms & Conditions     Privacy Policy     Support     DMCA / Remove Content
Feedback     Security Center     Law Enforcement     Report Nonconsensual/Abusive Content
Billing     Disable Account     v1 Apps     v2 Apps     Contest     Affiliates     Jobs     Sitemap

Deutsch   English   Español   Français   Italiano   日本語   한국어   Polski   Português   Русский   简体中文   繁體中文

18 U.S.C. 2257 Record Keeping Requirements Compliance Statement

© Copyright Chaturbate.com 2011 - 2025. All Rights Reserved.
www3-ext-26xm:f64d8bb3231c:9515ba20da979d4c-MCI




# EXHIBIT 1C



https://chaturbate.com/terms/

5.377 captures
10 May 2011 – 18 Jun 2025

THE ACT OF MASTURBATING WHILE CHATTING ONLINE

Status: Anonymous
You have: 0 Tokens
(Get More)

HOME   DISCOVER   TAGS   PRIVATE SHOWS   FOLLOWING (0/0)   MERCH         BROADCAST YOURSELF      SIGN UP ▶

## Terms & Conditions

Effective Date: September 26, 2016

Last Modified: January 5, 2023

Main Office: Multi Media, LLC
23615 El Toro Rd #X344,
Lake Forest, CA 92630

### i. Adults only.

We have placed this detail over and above all of our other terms because it is the most important (although it is also referenced below). The Chaturbate.com platform is only open to consenting adults looking to express themselves in the form of streaming video and messaging. We have zero tolerance for any minors on the Chaturbate.com platform, whether such individuals are actually minors or pretending to be minors perhaps in a misguided attempt at role-play. Moreover, we have zero tolerance for any image of any minor being uploaded to our platform for any reason. Please be advised that we reserve the right to and do report each and every suspected minor to the National Center for Missing and Exploited Children and any and all other law enforcement agencies we feel appropriate. If you believe that a minor is using the site, we strongly request and encourage you to report each and every user you encounter which you believe or suspect to be under the age of 18. All reports are reviewed as quickly as we can. If you are a minor, you must immediately leave this site now. You are not legally permitted on Chaturbate for any reason, and if we find you on this site, we will report you to law enforcement as noted above. We will not reactivate you for any reason ever.

With respect to all other matters, as we operate an online platform and we are not in the business of producing or presenting cam broadcasts, we only adopt what we feel are necessary to comply with law, community standards and for the safety of our users.

### ii. The Platform

The Platform (as defined below) is an online platform providing social networking capabilities including both a text and video chat service whereby individuals accessing the Platform (each a "Community Member") may create and share with other Community Members online audio, video, interactive, and live content which may include, at the providing Community Member's election, content of an adult nature. Community Members, whether or not their account is capable of receiving tokens, are free to broadcast their live streaming video through the Platform, subject to the minimal restrictions set forth in these Terms, what restrictions have been put in place to comply with applicable law, community standards, and for the safety of the Community Members. Subject to safety and legality required rules, Community Members may produce and broadcast (or not broadcast) as and when they determine and set their own rules for other Community Members viewing their broadcasts. Community Members are also free to use other video streaming platforms either at different times or at the same time as such Community Members use our Platform, subject to the provision below that Community Members may not, through the Platform, promote or advertise any entity, product, service, or website that delivers live-streaming content.

### iii. INTRODUCTION AND DESCRIPTION OF SERVICE

a. When you access the Platform, you understand that you may see graphic depictions of nudity, exposed genitals and persons engaged in explicit sexual activity consisting of people of different genders, people of the same gender, as well as sexual acts involving more than 2 individuals. By accessing and/or using the Platform, you expressly acknowledge that you wish to see such materials. By accessing the interactive video chat social networking platform located at Chaturbate.com (collectively the "Platform") these terms and conditions (these "Terms") form the binding agreement between you ("you") and Multi Media, LLC (the "Company") regarding your use of the Platform. If you do not agree to be bound by these Terms, you must immediately exit the Platform and not access the Platform again for any reason. There is no fee to access the Platform and view content to access some functions of the Platform, but Community Members will be required to create an Account (defined below).

b. Community Members who are eligible to receive tokens in their account, from other Community Members are referred to in these Terms as an "Independent Broadcaster(s)". In these Terms, the use of phrases such as "we" "our" "us" or other appropriate first-person terms refer to the Company. The use of the terms "you" or "your" refers, as the context may require, to you the Community Member or Independent Broadcaster accessing or utilizing the Platform. By accessing or using the Platform, you agree to be bound by the Terms.

### iv. NO ACCESS BY MINORS AND NO EXPLOITATION OF CHILDREN

a. This Platform is for Adults Only. In order to access and use the Platform, you must be at least 18 years old or the age of majority in your jurisdiction, whichever is older (the "Age of Majority"). IF YOU ARE NOT OF THE AGE OF MAJORITY, YOU MUST IMMEDIATELY LEAVE THE PLATFORM. By accessing and/or using the Platform you agree that you have reached the Age of Majority and acknowledge that we have the sole and absolute right to terminate your Account if we believe you are in violation of this requirement. If we believe you are in violation of this Age of Majority requirement, we will report you to law enforcement.

b. Law Enforcement Reporting. We reserve the right to and do report suspected violations of the Platform's minimum age requirement to the National Center for Missing and Exploited Children ("NCMEC") and any and all law enforcement and other organizations we may feel appropriate, in our sole discretion. If you believe that a minor has accessed the Platform, you should immediately report it to us at legal@chaturbate.com. For more information regarding this policy and our zero-tolerance stance on minors using or in any way appearing on the Platform, please contact us at legal@chaturbate.com.

c. No Child Pornography. For the purpose of these Terms, "Child Pornography" includes, but is not limited to (i) any materials showing a person under the Age of Majority in any state of undress, or engaged in sexual acts of any kind; (ii) any materials that simulate the foregoing, such as dolls, animated films or shorts, adults made to look like children or suggest that they are below the Age of Majority; and (iii) discussion of

child pornography or child exploitation. Child Pornography and the exploitation of children is a serious crime. All Community Members are strictly prohibited from using the Platform to distribute, access, or solicit Child Pornography or engage in any conduct or discussion exploitative of a person below the Age of Majority, including by way of role play. If you see anything on the Platform that violates this provision or seems questionable, report it immediately to us at legal@chaturbate.com. We will immediately investigate any claim and take the appropriate action. IF YOU ARE SEEKING OR HAVE AN INTEREST IN ANY TYPE OF PEDOPHILIC OR PEDERASTIC CONTENT, YOU MUST IMMEDIATELY LEAVE THIS SITE. YOU WILL BE BANNED FOR EVEN DISCUSSING SUCH ACTIVITY OR ENGAGING IN INAPPROPRIATE ROLE PLAY. FURTHER YOU WILL ALSO BE BANNED FROM THE PLATFORM AND REPORTED TO NCMEC AND/OR LAW ENFORCEMENT FOR DISCUSSING OR ARRANGING TO DISCUSS MINORS ON ANOTHER PLATFORM. SIMPLY PUT, PEOPLE WITH INTERESTS IN CHILDREN, INCLUDING EVEN JUST ROLE PLAY, ARE NOT WELCOME TO USE THE PLATFORM AND WILL BE DEALT WITH IN THE HARSHEST MANNER POSSIBLE.

d. **Section 230 of the Communications Decency Act.** The Platform is a Community Member-driven interactive platform with content provided by Independent Broadcasters, and pursuant to Section 230 of the Communications Decency Act, we are immune from suit for materials published through the Platform by Community Members. As such, we are not liable for content published by Community Members. As we operate an online platform and we are not in the business of producing or presenting cam broadcasts, we have endeavored to keep our rules to a minimum imposing only those we feel are necessary for the safety of Community Members, to comply with applicable law, and the continued operation of the Platform.

e. **Room Reports.** If you identify a Community Member you believe to be violating any of the Terms, which include Appendix C (the Code of Conduct, linked below) please immediately let us know by emailing support at support@chaturbate.com or using the "REPORT ROOM" function at the top right of each streaming broadcast. All room reports are reviewed as soon as practicable but in no event more than 4 business days.

## V. YOUR ACCOUNT AND GENERAL TERMS APPLICABLE TO ALL USERS

a. **Member Account and Password.** In order to access the non-public portions of the Platform, you must create an account (your "Account"). In creating an Account, you will be prompted to create a username and password and, if you wish to become an Independent Broadcaster, you will be required to enter certain personally identifiable information. In order to take advantage of some of the pay features available through the Platform, you will be prompted to input a payment method. As noted in our Privacy Policy, this information is received and held by a third-party payment processor who, subject to their terms, will store your payment information for future use through the Platform. You may not choose a username that may falsely represent you as someone else or a name that may otherwise be in violation of the rights of any other individual or entity. We reserve the right to disallow the use of usernames or cancel, at any time, the membership of any Community Member who uses their selected username in violation of these Terms or in any other way we deem inappropriate in our sole discretion. You are solely responsible for any and all activities conducted and purchases made through your Account. It is important to note that, while we do not require that you provide an email address to create an Account, choosing not to provide an email address limits the support we can provide in connection with your Account as we are unable to verify you are the Account holder.

   i. **Shared Accounts.** With respect to Accounts which have more than one age-verified user, the person in control of the Account is deemed to be the person whose email address is associated with the Account, unless there is payee information associated with the Account, in which case the payee is deemed to be the person in control of the Account. Material changes to Accounts may only be made at the request of the person deemed to be in control of the account. Material changes include changes to the email address associated with the Account, changes to payee information, and changes to two-factor authentication settings. You understand and agree that the person deemed to be in control of any such Account will have full access to and control over all information associated with the Account, including all information collected on such Account. For more information about information we collect, please see our Privacy Policy.

   ii. **Studio Accounts.** Individuals who wish to create a studio account (a "Studio Account") through the Platform must comply with our rules for setting up a Studio Account. If these rules are complied with, such Account will be considered a "Studio" on the Platform. For all Accounts under a Studio, the Studio is deemed the owner of all Accounts in such Studio Account ("Studio Sub-Accounts"). The followers, images, and data associated with all Studio Sub-Accounts may not be transferred away from or shared with another Account without the applicable Studio's consent, absent what we may deem, in our sole and exclusive determination, to be extraordinary circumstances.

b. **Security of your Account.** You are solely responsible for maintaining the confidentiality of your username and password and are fully responsible for all activities that occur under your username and password, including without limitation any unauthorized access to the Platform caused by you, including access which may violate applicable laws and/or subject you to criminal prosecution. This will result in your immediate ban from the Platform and deactivation of your Account. We will not release your password for security reasons. You agree to (i) immediately notify us of any unauthorized use of your username or password or any other breach or suspected breach of security, and (ii) ensure that you log out of your Account each time you stop interacting through the Platform. We highly encourage all Community Members to turn on two-factor authentication to ensure the security of their Account.

c. **License to Access the Platform.** You are granted a limited, non-exclusive, revokable license to access and use the Platform for your own personal enjoyment. You may not, download, reproduce, sell, rent, perform, or link to any content made available through the Platform, except as expressly permitted by the Community Member and/or Independent Broadcaster, as appropriate, responsible for such content or otherwise as permitted by the rules of the Platform. As noted below, your license to access the CB platform, including any content saved to or associated with your account(s), may be terminated for a violation of these Terms and as otherwise provided herein.

d. **Solicitations.** Although we do not control Independent Broadcasters and other users' use of the Platform, you may not use the Platform to promote or advertise any third-party products, sites, or services that deliver live-streaming content. Although, of course, Independent Broadcasters and other Community Members are free to cam on other sites, you may not use the Platform to solicit any Community Member to utilize another product, site, or service that delivers live-streaming content.

e. **Billing.** Community Members may elect to put money on deposit with the Platform which will be converted to tokens which tokens may only be used through the Platform as the applicable Community Member elects, including for use to tip Independent Broadcasters. Certain purchases may be processed by UAB Alternative Payments, Stirnų g. 32-8, LT-08101, Vilnius, Lithuania as an EU based purchase facilitator. By tipping tokens through the Platform, you agree that all token tips are intended as a gratuity and all tips are final when sent. In the event that we receive a complaint about a tip after it has been sent, we may, at our election and with no obligation to do so, send the complaint to the other party for the other party's response regarding the complaint. You are prohibited from providing "tips" for the performance of specific acts. Requesting or demanding specific acts for tips may result in a ban from the Platform for all parties involved. Independent Broadcasters are prohibited from requesting any type of off-Platform payments; provided, however, the Platform may, from time to time, permit Independent Broadcasters to post links to wish lists. Your chosen payment method will only be billed as you specifically request. Unless otherwise specifically provided in writing, you will not be billed for the same purchase on a recurring basis. By providing your payment information, you expressly consent to the use of third-party payment processors to facilitate any and all transactions you may elect to make through the Platform. It is your sole responsibility to make sure that your billing information is up to date. If you believe that you have been erroneously billed, please notify us immediately of such error. If we do not hear from you within 30 days after such billing error first appears on any account statement, such fee will be deemed accepted by you for all purposes, including resolution of inquiries made by your credit card issuer. You release us from all liabilities and claims of loss resulting from any error or discrepancy that is not reported to us within 30 days of its publication. We reserve the right to impose transaction limits on

from any error or miscalculation that is not reported to us within 30 days of its publication. We reserve the right to impose transaction limits on Community Members based upon a variety of factors including, without limitation, length of membership to the Platform, location, change in access information, and amount of refund requests. Please note that abuse of special offers, including creating multiple accounts to take advantage of such offers, is a violation of these Terms. Community Members may withdraw unused moneys on deposit with the Platform by contacting customer support, less amounts charged by third parties in connection with the initial and refund transactions.

f. Videos and Images Offered by Community Members. Community Members, including Independent Broadcasters, may create or otherwise make available video, photo, or other content containing content and intellectual property that they own or have a license to use ("Member Content"). In making available Member Content, you are representing and warranting to the Company that you have all the necessary rights and permissions to make such content available through the Platform and to offer to all Community Members who acquire the Member Content a perpetual, irrevocable, worldwide license to access and view such content through the Platform. To be clear, you understand and agree that once a Community Member acquires Member Content uploaded by you in the Community Member's Account on the Platform, you have granted to that Community Member a perpetual, irrevocable, worldwide license to access and view such content through the Platform, and represent that you have all necessary rights and permissions to grant such license. With respect to any Member Content that you elect to acquire through the Platform you acknowledge and agree as follows: (i) that we are neither the creator nor source of the Member Content; (ii) that we simply offer a platform for Community Members to create and share Member Content with other Community Members; (iii) the Community Member who posted the applicable Member Content is solely responsible for any claims or liabilities associated with, arising from, or in any way relating to such Member Content; (iv) your purchase or use of any Member Content is solely at your own risk; and (v) you forever release the Company, its affiliates, successors, assigns, officers, employees, agents, directors, shareholders and attorneys from any and all claims and liabilities associated with, arising from, or in any way relating to Member Content. We have the absolute right to remove any Member Content that we believe, in our sole discretion, may violate any law or these Terms. In the event that you provide tokens to an Independent Broadcaster in connection with obtaining Member Content, you agree that these tokens are provided as a gratuity notwithstanding any request from the applicable Independent Broadcaster; and, you further understand that such tokens will not be refunded for any reason.

g. Private Shows. All Independent Broadcasters acknowledge and agree they are aware that all private shows are recorded by default and such recordings are provided to the applicable Community Member(s) who purchased such private shows; provided, however, that Independent Broadcasters can disable this recording option at any time in account settings. Independent Broadcasters acknowledge and agree that all recordings of private shows are considered Member Content and that upon delivery of the recording to the purchasing Community Member(s), such Community Member(s) will have acquired from the applicable Independent Broadcaster a perpetual, irrevocable license to view and access such recording through the Platform.

h. Fan Clubs. Independent Broadcasters have the ability to create and administer a fan club through the Platform provided that Independent Broadcasters' account is in good standing and Company has not limited or removed the fan club functionality. Should an Independent Broadcaster elect to start a fan club, the Independent Broadcaster will choose a monthly fee that other Community Members must pay to be members of the Independent Broadcaster's fan club. You understand and agree that in purchasing a membership to an Independent Broadcaster's fan club, such purchase will automatically renew, and you will be automatically rebilled for such purchase, on a monthly basis until such time as you cancel such fan club membership. Updates and what, if anything, is included in any such membership will be in the sole control and determination of the applicable Independent Broadcaster. For the avoidance of doubt, in the event that you are an Independent Broadcaster and offer a fan club, you agree that you have the unrestricted right to offer and/or provide any content you may post to Community Members who join your fan club is subject in all respects to these Terms and our policies. In the event that one or more members of an Independent Broadcaster's fan club request a refund from us, or institute a chargeback with our payment processor, we reserve the right to assess a chargeback fee to such Independent Broadcaster's Account and/or suspend the Independent Broadcaster's ability to maintain a fan club through the Platform. We reserve the right to rescind any Independent Broadcaster's permission to maintain a fan club for any or no reason at all.

i. Warning Regarding Streaming Content. The Platform provides functionality allowing Community Members to stream/broadcast using their webcams. It is possible that other Community Members might, without your permission, unlawfully record, make copies of, store, re-broadcast, distribute, publish or otherwise share your broadcast online or through other media forms. You assume all risk for your broadcasts and hereby release and agree to indemnify and hold us harmless us for all actions arising out of such activities, including without limitation invasion of privacy, defamation, and/or intellectual property infringement. As noted in our Privacy Policy, all information and content you determine to share or stream through the Platform, including in "private" and/or password protected situations, is considered public information.

j. Use of Information on the Platform. As noted in our Privacy Policy, we cannot ensure the security or privacy of information (including, without limitation, text, images, and videos) you provide or share through the Platform. We are not responsible for, and cannot control, the use of any information, by anyone, that you provide or make available to other parties through the Platform. Use caution in deciding what personal information you share with others through the Platform. We cannot assume any responsibility for the content of any message sent by any Community Member on the Platform. You release us from any and all liability in connection with the content(s) of any communication(s) you may receive from other users.

k. Public Information/Caution in Sharing Information. As noted in our Privacy Policy, all information and/or content you choose to post and/or share through your profile on the Platform, through chat (including private chat or "direct message"), and all content you stream or otherwise share through the Platform is considered public information. You agree to limit the information you share through the Platform keeping in mind we cannot control the use of such information by those with whom you share your information.

l. On- or Off-Platform Interactions/Meetings. We do not recommend or condone any form of interaction between Community Members outside of the Platform and, as disclosed elsewhere in these Terms, your use of and interactions through the Platform are done at your own risk. Use of the Platform to arrange face-to-face meetings for the purpose of engaging in illegal activity is strictly prohibited and will subject your Account to immediate termination. If you elect to legally interact with any Community Member outside of the Platform, you do so at your own risk, and you acknowledge and agree that we are not responsible for any consequences of your election to interact with anyone, whether in person or otherwise, outside of the Platform. We cannot and will not intervene in any matters or disputes which take place outside of the Platform including with respect to situations where we are provided third party screen captures or records as we cannot verify such screen captures or records. In the event that you determine to communicate with another Community Member outside of the Platform despite these cautions, you should, at a minimum, consider the following precautions:

　　i. Anyone who is able to commit identity theft can also falsify a user profile.

　　ii. There is no substitute for acting with caution when communicating with any stranger who wants to meet you.

　　iii. Never include your last name, email address, home address, phone number, place of work, or any other identifying information in your user profile or initial email messages. Immediately stop communicating with anyone who pressures you for personal or financial information or attempts in any way to trick you into revealing it.

　　iv. If you choose to have a face-to-face meeting with another user, always tell someone in your family or a friend where you are going and when you will return. Never agree to be picked up at your home. Always provide your own transportation to and from the meeting, and meet in a public place with many people around.

　　v. All the money and gifts you send to other users, whether directly or indirectly, through the Platform or outside of the Platform, is done at

... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ...
your own risk. We will not intervene or become involved in any dispute between Community Members.

m. **Contests.** From time to time, we may permit certain contests for participation by Community Members and Independent Broadcasters. The general rules for our contests are located in our general contest rules in Appendix A to these Terms which appendix is incorporated by reference herein.

n. **Your Privacy Rights.** When you use the Platform, we collect and process certain personally identifiable and other data about you. Our use of this information is governed by our Privacy & Cookies Policy, which is incorporated by reference herein. You are encouraged to read this policy as it contains important information on how we collect and use this information and your rights regarding the same. Additionally, the Platform utilizes cookies and certain technology that tracks usage, performance and your geographic location which are more fully described in our Privacy & Cookies Policy.

o. **Termination.**

    i. **By You.** You may terminate your Account and/or any of your memberships at any time by visiting our cancellation page or contacting our customer support. You agree to be personally liable for any and all charges incurred by your Account, username, and password until terminated as provided herein. If you are an Independent Broadcaster and determine to terminate your Account, any tokens remaining in your Account at the time of termination will be disbursed to the payment information on file for your Account on our next payout date. If you are not an Independent Broadcaster and determine to terminate your Account with money on deposit in your Account for use as tokens, such amounts can be withdrawn by you subject to any third-party costs associated with processing your deposit and withdrawal. Upon our processing of your request to terminate your Account, you will no longer have access to the non-public areas of the Platform nor will you have access to any Member Content in your Account.

    ii. **By Us.** We may, in our sole discretion, terminate or suspend your access to all or part of the Platform at any time, with or without notice, for any reason or no reason at all, including, without limitation, breach of this Agreement. Without limiting the generality of the foregoing, any activity which we believe, in our sole discretion, to possibly be illegal, fraudulent, abusive, or in violation of our community standards, or our rules, may be grounds for termination of your access to all or part of the Platform at our sole discretion, and we reserve the right to refer any such activity to any appropriate law enforcement agencies.

    iii. **Effect of Termination.** You accept that when you cancel your Account or you are terminated or otherwise banned from the Platform, you will be automatically locked out of the Platform, and will no longer be able to access your Account, including any and all Member Content. You also agree and accept that upon termination of your Account, we have no obligation to maintain or store any content, mail or other materials connected to or in your Account and that such information may be irretrievable.

p. **Representations by Community Members**

    i. You represent and warrant the following:

        1. You are familiar with the laws in your area that may affect your legal right to access or transmit erotica or adult-oriented material and, by your accessing the site, you are representing and warranting that you are not prohibited by law from accessing or using the Platform or transmitting in any way any adult-oriented material.

        2. You are not a registered sex offender in any jurisdiction and have never been convicted of any type of sexual crime against any person or animal.

        3. You are voluntarily choosing to proceed with your use of the Platform because you want to view, read, or hear various content, including, without limitation, content of an explicit adult nature for your own personal enjoyment, information, and/or education.

        4. You are familiar with the standards in your community regarding acceptance of sexually-oriented materials, and the materials you expect to encounter through use of the Platform are within your community standards. Should the content you encounter through the Platform not meet your community standards, you will immediately cease use of the Platform.

        5. You have not notified any governmental agency, including the U.S. Postal Service, that you do not wish to receive sexually oriented material

        6. You will not violate any civil or other rights of any other Community Member or any third party.

        7. Any content that you upload or stream will be your original work and not infringe the intellectual property rights of any third-party.

    ii. You agree that:

        1. You will follow all applicable laws governing your use of the Platform; and

        2. You will not violate any provision of these Terms.

q. **Community Member indemnities.** An indemnity is your obligation to cover us for certain losses, whether monetary or otherwise relating to or arising out of certain actions by you. This section creates an obligation on your part to protect us in these instances and is a material inducement on our part to provide the Platform. You hereby agree to indemnify us for any and all claims and losses, whether actual or threated, including without limitation, our reasonable attorneys' fees and costs, with respect to any claim relating to or arising out of your use of the Platform that violates these Terms or any applicable law. Again, if you do not agree to these Terms, you may not access or use the Platform and should immediately exit the Platform.

## VI. CONTENT

a. **Obligations Under *18 U.S.C. §2257*.** You should be aware that, pursuant to United States federal law, any visual depictions that you post, share or perform on or through the Platform which portray "actual sexually explicit conduct", "depictions of the genitals or pubic area", or "simulated sexually explicit activity", as those terms are defined in *18 U.S.C. §2256(2)(A)(i)-(iv)* and *§2257A*, require that you maintain the records listed under *18 U.S.C. §2257*, and any such postings must contain a "18 U.S.C. §2257 Record-Keeping Requirements Compliance Statement." Your failure to comply with the provisions of 18 U.S.C. §2257 may make you subject to criminal and civil prosecution for the violation of federal law.

b. **Content Submitted to the Platform.** All materials submitted and/or streamed by Community Members through the Platform, including Member Content, and created by such Community Members ("Community Member Content") is and shall remain the property of the Community Member or Independent Broadcaster who created it. Community Member Content shall also include any chats, or other materials that are transmitted through the Platform when you use the Platform. When you broadcast or upload Community Member Content to the Platform, you hereby grant us a worldwide, non-exclusive, royalty-free, sublicensable and transferable license to use, reproduce, distribute, prepare derivative works of, and perform the Community Member Content in connection with delivering the Platform and for marketing and advertising the availability of the Platform in any media format we choose. You also expressly provide that each Community Member shall have a license to use the Community Member Content under the terms of Section III(c) of these Terms. You will not submit content that you did not create, own, or to which you do not have the legal right to submit. This restriction includes the submission of any third-party content. Community Member Content will comply with these Terms and the Code of Conduct. All Community Member Content must also comply with our "Content Submission Guidelines" in our Code of

Conduct located at Appendix C and which are incorporated by reference herein. You represent and warrant that all Community Member Content is your content and does not infringe upon the intellectual property rights of any third-party. You will indemnify and hold us harmless for any and all losses, damages or costs relating to or arising out of a claim that your Community Member Content infringes the intellectual property rights of any third-party. We may from time to time provide a free content removal notice service to current and/or former members of the Chaturbate community. In addition to the license provided in this section you authorize us to send takedown demands, pursuant to the United States' Digital Millennium Copyright Act ("DMCA"), to any service provider hosting reproductions of your Community Member Content that have been taken from the Platform (e.g., a video clip bearing our watermark). You understand that the Platform does not represent or promise that any such notices will be fully compliant with DMCA or error free nor does the Platform represent or promise that the recipient(s) of such notices will take any action in response to these notices.

c. Deleting Community Member Content. You may request that we delete Community Member Content submitted by you by contacting us at support@chaturbate.com. We may retain copies of the Community Member Content but will not make them available through the Platform after we have processed your request. Your license to us in any comments, texts, chats or other Community Member Content (used in published advertising) is not revocable. As noted elsewhere in these Terms, your Community Member Content, if acquired through the Platform by another Community Member, will be deleted from your Account per your request; however, any Community Member Content acquired by other Community Members prior to the date of your request for deletion of such Community Member Content will remain in the Accounts of such Community Members. Moreover, you understand that, although we may delete Community Member Content, one or more other Community Members may have copies of or notes regarding such content and we are unable to delete such copies or notes.

d. No Endorsement for Community Member Content. We do not endorse or recommend, nor do we have or assume any obligation to monitor any Community Member Content streamed or otherwise shared through the Platform by any Community Member or Independent Broadcaster; and, we hereby disclaim any and all liability with respect to Community Member Content. We do not permit any copyright infringing activities or any Community Member Content that infringes on our intellectual property rights or those of any party or third party. We will remove any Community Member Content where we are properly notified of such infringement as set forth below. We may remove any such Community Member Content without any notice. Our means of identifying Community Member Content that may infringe upon a third party's rights or which is illegal or violates our code of conduct, is dependent on properly presented notifications from third parties claiming that their rights have been violated. For Community Member Content which is offensive or which you believe is illegal, notify us at support@chaturbate.com. For infringing content, please follow the procedures in paragraphs "f" and "g" below.

e. Repeat Infringer. We have and enforce a repeat infringer policy. We will terminate the Accounts of any Community Member and/or Independent Broadcaster who is determined to be a repeat infringer.

f. Infringement and the DMCA. We respect the creative efforts of Community Members and non-community members and have no tolerance for anyone's use of a third party's intellectual property without such third party's express permission. If you are a copyright owner and believe that your work has been copied or in any way distributed or shared through someone's use of the Platform in a way that constitutes copyright infringement, or your intellectual property rights have been otherwise violated, please provide the Platform's Designated Copyright Agent the following information:

    i. an electronic or physical signature of the person authorized to act on behalf of the owner of the copyright or other intellectual property interest;

    ii. description of the copyrighted work or other intellectual property that you claim has been infringed;

    iii. a description of where on the Platform the material that you claim is infringing is located;

    iv. your address, telephone number, and email address;

    v. a statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; and

    vi. a statement by you made under penalty of perjury that the information in your Notice is accurate and that you are the copyright or intellectual property owner or authorized to act on the copyright or intellectual property owner's behalf.

Send your Notice of Claimed Infringement to:

Lawrence G. Walters, Esq.
195 W. Pine Avenue
Longwood, FL 32750
Fax: (407) 774-6151
Email: Notice@DMCANotice.com

Do not send other inquires or information (other than Notices of Infringement) to our Designated Agent. Any other inquiries should be sent to support@chaturbate.com.

g. Infringement Counter-Notice. If your Community Member Content was removed (or access to such Community Member Content was disabled), and your Community Member Content is not infringing, or if you have the authorization from the copyright owner, the copyright owner's agent, or pursuant to the law, to post and use the material in your Community Member Content, you may provide a counter-notice containing the following information to the DMCA Agent listed above:

    i. Your physical or electronic signature;

    ii. Identification of the Content that has been removed or to which access has been disabled and the location at which the Content appeared before it was removed or disabled;

    iii. A statement that you have a good faith belief that the Content was removed or disabled as a result of mistake or a misidentification of the Content; and

    iv. Your name, address, telephone number, and e-mail address, a statement that you consent to the jurisdiction of the federal court in Los Angeles, California, and a statement that you will accept service of process from the person who provided notification of the alleged infringement.

    v. If a counter-notice is received by the Copyright Agent, we may send a copy of the counter-notice to the original complaining party informing that person that it may replace the removed Content or cease disabling it in 10 business days. Unless the copyright owner Files an action seeking a court order against the Content provider, member or user, the removed Content may be replaced, or access to it restored, in 10 to 14 business days or more after receipt of the counter-notice, at our sole discretion.

    vi. Requests to Remove Content. In the unlikely event that you find content in which you appear, but in which you do not own the copyright (please see the DMCA section above if you own the copyright), that you did not consent (or no longer consent) to have shared through the

Platform, you may have such content removed by emailing our support team at support@chaturbate.com with a link to the content in which you appear together with a statement that you did not consent (or are now withdrawing your previously given consent) to have the content shared through the Platform. Thereafter, the content in which you appear will be removed as expeditiously as possible.

## VII. CODE OF CONDUCT

a. Code of Conduct. You understand that we do not create or publish content. Instead, we provide a platform to provide others with the ability to share their own content which they have all rights and permissions to share. We work to implement only minimal rules intended to respect the rights of others and comply with applicable law, and so that the Platform remains a safe location for Community Members to express themselves. These community rules are guidelines for what is permissible through the Platform and are subject to change. Please review our "Code of Conduct" located at Appendix C which is hereby incorporated by reference and made a part of these Terms.

## VIII. PROMOTION OF THE PLATFORM

a. Registered users of the Platform may be eligible to participate in our affiliate advertising program and potentially earn commissions based on the number and quality of registered user referred to the Platform. For more information, please see Appendix B, which is hereby incorporated by reference and made a part of these Terms.

## IX. MISCELLANEOUS

a. Links to Other Sites. The Platform may contain links, posted by us or by one or more Community Members, to other websites operated by independent third parties. These websites are not operated by us and we are not responsible for any content or links they provide. Our linking to any third-party sites is not an endorsement or certification as to the content, opinions expressed thereon or safety or suitability of such site. When you access a link to another site, you are leaving the Platform and accessing the third-party site at your own risk. Other sites are will have their own terms, privacy policies and procedures and may contain malicious or destructive code, viruses, malware and other tracking cookies. You should ensure that your device is adequately protected. WE SHALL NOT BE LIABLE TO YOU IN ANY WAY FOR YOUR ACCESSING ANY THIRD PARTY LINKED SITES. Community members may not post links (or references to links or third party sites generally) in their room subject or as their location in their bio pages. We reserve the right to further restrict where links may be shared and to which third party websites you may link or reference.

b. Proprietary Information. Elements of the Platform contain proprietary or confidential information that belongs to us. We assert full copyright protection in the Platform, including all of the design and code embodied therein. Any information shared or posted by us or by Community Members may be protected whether or not it is identified as proprietary to us or to the sharing Community Member. You will not modify, copy, or distribute any information on the Platform without the express written permission of the owner of such information and may not use any automated means to scrape, download or otherwise collect any data or content from the Platform including, without limitation, robots/bots, crawlers, or data mining tools.

c. Disclaimer of Warranties. The Platform is provided on an "as is" and "as available" basis. We do not warrant that the Platform will be uninterrupted or error-free. There may be delays, omissions, and interruptions in the availability of the Platform. WHERE PERMITTED BY LAW, YOU ACKNOWLEDGE THAT THE SERVICE IS PROVIDED WITHOUT ANY WARRANTIES OF ANY KIND WHATSOEVER, EITHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE; NOR DOES THE SITE MAKE ANY WARRANTY AS TO THE RESULTS THAT MAY BE OBTAINED FROM THE USE OF THE SERVICES OR AS TO THE ACCURACY OR RELIABILITY OF ANY INFORMATION OBTAINED THROUGH THE SERVICES OR THAT DEFECTS IN ANY SOFTWARE, HARDWARE OR THE SERVICES WILL BE CORRECTED. YOU UNDERSTAND AND AGREE THAT ANY USE YOU MAKE OF ANY MATERIAL AND/OR DATA DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF THE SERVICE IS AT YOUR OWN DISCRETION AND RISK, AND THAT YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER SYSTEM OR LOSS OF DATA THAT RESULTS FROM THE DOWNLOAD OF SUCH MATERIAL AND/OR DATA. We do not represent or endorse the accuracy or reliability of any advice, opinion, statement or other information displayed, uploaded or distributed through the Platform by us or by any Community Member or any other person or entity. You acknowledge that any reliance upon any such opinion, advice, statement or information shall be at your sole risk. The site may contain errors, omissions or other outdated information. We reserve the right to correct these errors. If you have any questions, or believe you have encountered any type of error, please contact us at support@chaturbate.com.

d. LIMITATION OF LIABILITY. WHEN PERMITTED BY LAW, WE AND OUR AFFILIATED COMPANIES WILL NOT BE RESPONSIBLE FOR ANY LOST PROFITS, REVENUES, LOSS OF DATA, FINANCIAL LOSSES, SPECIAL, INDIRECT CONSEQUENTIAL OR PUNITIVE DAMAGES, EXCEPT WHERE CAUSED BY OUR GROSS NEGLIGENCE OR WILLFUL MISCONDUCT. TO THE FULLEST EXTENT PERMITTED BY LAW, OUR LIABILITY TO YOU WILL NOT EXCEED, IN THE AGGREGATE, THE LESS OF ANY UNUSED PORTION OF THE VIRTUAL MONEY YOU PURCHASED (BUT ONLY IF WE DISCONTINUE THE USE OF VIRTUAL CURRENCY, OR IF YOU VOLUNTARILY CANCELLED YOUR ACCOUNT), OR THE SUM OF $250 USD. IN ALL INSTANCES, WE WILL NOT BE LIABLE FOR ANY LOSS OR DAMAGE THAT IS NOT REASONABLY FORESEEABLE.

e. Complaints. To resolve or report a complaint regarding the Platform or other Community Members, send an email detailing your complaint to support@chaturbate.com. In appropriate circumstances, we will take immediate action in order to help resolve the problem. You agree that in attempting to resolve any complaint you send to us we may, in our sole and exclusive determination, share your complaint in part or in whole with other individuals involved and/or otherwise implicated in the complaint.

f. Choice of Law. You agree that these Terms are governed by the laws of the State of California, without regard to its choice of law provisions.

g. Arbitration. You hereby agree that, if we become involved in any dispute relating to or arising out of your use of the Platform, any such claims, including any private attorney-general representative claims, will be resolved by binding individual arbitration and not in court. There is no judge or jury in arbitration proceedings, and awards made by an arbitrator are not generally appealable in court except in rare circumstances. Arbitrators can, however, award damages on an individual basis identical to what can be awarded by a judge. An arbitrator hearing a claim is obligated to follow these Terms as a judge in a regular court proceeding would be. The United States Federal Arbitration Act and United States federal arbitration law apply to these Terms. To commence an arbitration proceeding, you must send a notice to us at legal@chaturbate.com. The arbitration will be conducted by the American Arbitration Association (AAA) under its rules, including the Supplementary Procedures for Consumer-Related Disputes, and the Federal Arbitration Act. The AAA rules are available at www.adr.org or by calling 1-800-778-7879. Payment and fees for the arbitration are governed by the AAA rules. We will reimburse the arbitration filing fees for claims less than $1,000 except where the claims are ruled to be frivolous. The arbitration will be held in Los Angeles County, California. Neither party will be entitled to an award of its attorneys' fees or costs incurred in arbitration, except where the court has ruled that the other party's claim is frivolous.
Regardless of where you reside, to the fullest extent permitted by law, you expressly agree that class action lawsuits, class-wide arbitrations, private attorney-general actions, and any other proceeding where someone acts in a representative capacity are not allowed, nor is combining individual proceedings without the consent of all parties.

h. Entire Agreement. These terms plus any policies referenced herein or on the site represent the entire agreement between you and us. To the

extent that there is a conflict between these Terms and any other policy, these Terms will control except where expressly stated to the contrary.

i. Severability. These Terms are severable. If any provision or portion of these Terms is held to be invalid or otherwise unenforceable, such provision or portion shall be interpreted to fulfill its intended purpose to the maximum extent permitted by applicable law, or if legally impossible, such provision or portion shall be ineffective only to the extent of such invalidity, and the remainder of these Terms will continue in full force and effect. If any provision or portion of these Terms may be construed in two or more ways, one of which would render the provision invalid or otherwise voidable or unenforceable and another of which would render the provision valid and enforceable, such provision will have the meaning that renders it valid and enforceable.

[ BACK TO TOP ]

| Free Cams by Age | Free Cams by Region | Available Private Shows | Free Cams by Status | Free Cams |
|---|---|---|---|---|
| Teen Cams (18+) | North American Cams | 6 Tokens per Minute | Private Shows | Featured Cams |
| 18 to 21 Cams | Other Region Cams | 12-18 Tokens per Minute | New Cams | Female Cams |
| 20 to 30 Cams | Euro Russian Cams | 30-42 Tokens per Minute | Gaming Cams | Male Cams |
| 30 to 50 Cams | Asian Cams | 60-72 Tokens per Minute | | Couple Cams |
| Mature Cams (50+) | South American Cams | 90+ Tokens per Minute | | Trans Cams |

Swag | Terms & Conditions | Privacy Policy | Support | DMCA / Remove Content | Feedback | Security Center | Law Enforcement | Report Nonconsensual/Abusive Content | Billing | Disable Account | v1 Apps | v2 Apps | Contest | Affiliates | Jobs | Sitemap

Deutsch | English | Español | Français | Italiano | 日本語 | 한국어 | Polski | Português | Русский | 简体中文 | 繁體中文



18 U.S.C. 2257 Record Keeping Requirements Compliance Statement.

Main Office: Multi Media, LLC 23615 El Toro Rd #X344, Lake Forest, CA 92630, USA

© Copyright Chaturbate.com 2011 - 2024. All Rights Reserved.
www3-ext-cl4g:36f143c9240a

SafeLabeling