MANN WYATT TANKSLEY
201 E. 1st Avenue
Hutchinson, KS 67501
(620) 662-2400
(620) 662-2443 (Fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Q.R. a minor, by and through his natural mother and next friend JANE DOE, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 6:25-cv-01094 ) |
| MULTIMEDIA, LLC, | ) ) |
| and, | ) ) |
| JOHN DOE D/B/A CHATURBATE.COM, | ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S NOTICE OF DISMISSAL OF JOHN DOE D/B/A CHATURBATE.COM**

COMES NOW Plaintiff Q.R., a minor, by and through his natural mother and next friend Jane Doe, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Defendant John Doe d/b/a Chaturbate.com from this lawsuit.

No answer or motion for summary judgment has been filed by this defendant.

Respectfully submitted,

*/s/ Joshua W. Ruhlmann*
Michael J. Wyatt      (#23260)
Joshua W. Ruhlmann  (#29778)
MANN WYATT TANKSLEY
201 E. 1st Ave.
Hutchinson, KS  67504-1202
(620) 662-2400
(620) 662-2443 (Fax)

1

mike@mannwyatt.com
josh@mannwyatt.com

-and-

Benjamin W. Bull*
Christen M. Price*
Victoria Hirsch*
Khari James*
NATIONAL CENTER ON
SEXUAL EXPLOITATION
1201 F St., NW, Suite 200
Washington, DC 20004
P: 202-393-7245
bbull@ncose.com
cprice@ncoselaw.org
vhirsch@ncoselaw.org
kjames@ncoselaw.org

*Admitted via pro hac vice

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 22, 2025, the foregoing Motion was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

GM LAW PC
Jason M. Hans KS #18881
1201 Walnut Street, 20th Floor
Kansas City, MO 64106
Telephone: (816) 471-7700
Facsimile: (816) 471-2221
jasonh@gmlawpc.com

-and-

WAYMAKER LLP
Jaime W. Marquart (admitted via pro hac vice)
515 S. Flower Street, Suite 3500
Los Angeles, CA 90071
Office: 424.652.7800
Fax: 424.652.7850
jmarquart@waymakerlaw.com

*Attorneys for Defendant MultiMedia, LLC*

                                                    */s/ Joshua W. Ruhlmann*
                                                    Joshua W. Ruhlmann (#29778)