### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF KANSAS

| | |
|---|---|
| Q.R., a minor, by and through his Natural mother and next friend, JANE DOE, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 25-CV-01094-HLT-BGS ) ) |
| MULTI MEDIA LLC, | ) ) |
| Defendant. | ) ) |

**DEFENDANT MULTI MEDIA LLC'S RESPONSE TO PLAINTIFF'S MOTION TO FILE UNDER PSEUDONYM**

In response to Plaintiff's Motion to File Under Pseudonym (ECF Doc. 4), Defendant Multi Media LLC does not oppose Plaintiff using initials "Q.R." or his next friend using the pseudonym of "Jane Doe" in the pleadings, in connection with consideration of Multi Media's motion to compel arbitration, or in other pretrial filings.  However, if arbitration is not compelled, whether pseudonyms should be permitted during trial is a matter that should be taken up at the pretrial conference rather than finally decided now.

Dated: September 15, 2025    Respectfully submitted,

GM LAW PC

By:  */s/ Jason M. Hans*
        Jason M. Hans            KS #18881
        1201 Walnut Street, 20th Floor
        Kansas City, MO 64106
        Telephone:   (816) 471-7700
        Facsimile:    (816) 471-2221
        jasonh@gmlawpc.com

>WAYMAKER LLP
>Jaime W. Marquart (admitted pro hac vice)
>515 S. Flower Street, Suite 3500
>Los Angeles, CA 90071
>Office: 424.652.7800
>Fax: 424.652.7850
>jmarquart@waymakerlaw.com
>
>ATTORNEYS FOR DEFENDANT
>MULTI MEDIA LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of September, 2025, a true and correct copy of the foregoing was electronically filed via the Court's electronic filing system which will serve notice of same to all counsel of record.

>/s/ Jason M. Hans