MANN WYATT TANKSLEY
201 E. 1st Avenue
Hutchinson, KS 67501
(620) 662-2400
(620) 662-2443 (Fax)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Q.R. a minor, by and through his natural mother and next friend JANE DOE, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 6:25-cv-01094 |
| MULTI MEDIA, LLC, | ) ) ) |
| Defendant. | ) ) |

### **PLAINTIFF'S NOTICE OF DISMISSAL**

COMES NOW Plaintiff Q.R., a minor, by and through his natural mother and next friend Jane Doe, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant Multi Media, LLC. No answer or motion for summary judgment has been filed by Defendant Multi Media, LLC.

        Respectfully submitted,

        */s/ Joshua W. Ruhlmann*
        Michael J. Wyatt    (#23260)
        Joshua W. Ruhlmann  (#29778)
        MANN WYATT TANKSLEY
        201 E. 1st Ave.
        Hutchinson, KS  67504-1202
        (620) 662-2400
        (620) 662-2443 (Fax)
        mike@mannwyatt.com
        josh@mannwyatt.com

        -and-

2

        Benjamin W. Bull*
        Christen M. Price*
        Victoria Hirsch*
        Khari James*
        NATIONAL CENTER ON
        SEXUAL EXPLOITATION
        1201 F St., NW, Suite 200
        Washington, DC 20004
        P: 202-393-7245
        bbull@ncose.com
        cprice@ncoselaw.org
        vhirsch@ncoselaw.org
        kjames@ncoselaw.org

        *Admitted via pro hac vice

        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 4, 2026, the foregoing Motion was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system to:

GM LAW PC
Jason M. Hans KS #18881
1201 Walnut Street, 20th Floor
Kansas City, MO 64106
Telephone: (816) 471-7700
Facsimile: (816) 471-2221
jasonh@gmlawpc.com

-and-

WAYMAKER LLP
Jaime W. Marquart (admitted via pro hac vice)
515 S. Flower Street, Suite 3500
Los Angeles, CA 90071
Office: 424.652.7800
Fax: 424.652.7850
jmarquart@waymakerlaw.com

*Attorneys for Defendant Multi Media, LLC*

               */s/ Joshua W. Ruhlmann*
               Joshua W. Ruhlmann (#29778)